IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Jorge A. Zea (Pro Se) )
 )
 )
 )
Plaintiff, )
 )
 )
V. )
 )
 )
National Association of REALTORS®, )   Case No. 25-cv-81016-WM
et, al. )
 )
 )
 )
Defendants. )

FILED BY _____ D.C.
AUG 27 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

DECLARATION OF JORGE A. ZEA IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Jorge A. Zea, hereby declare and state as follows:

1. I am the Plaintiff in this action and am proceeding pro se. I am over the age of eighteen and am competent to make this declaration under Rule 901 of the Federal Rules of Evidence. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. This Declaration is submitted in support of Plaintiff's Motion for Preliminary Injunction.

The exhibits attached hereto are true and correct copies of original records or communications that I have received.

2. Attached as **Exhibit 1.1** is a true and correct copy of the "Minutes of the National Association of Realtors (NAR) MLS Technology and Emerging Issues Advisory Board Meeting" held on September 9-10, 2021. On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/documents/MLS-AB-Minutes-Sept-2021.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

3. Attached as **Exhibit 1.2** is a true and correct copy of the "National Association of Realtors (NAR) Summary of 2022 MLS Policy Changes". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/documents/2022_summary_of_mls_changes_2.22.22_changes.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

4. Attached as **Exhibit 1.3** is a true and correct copy of excerpts of the "National Association of Realtors (NAR) Multiple Listing Policy 2025 Handbook". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/2025-05/PDF-HMLP-2025-Handbook-on-Multiple-Listing-Policy-2025-05-30.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

5. Attached as **Exhibit 1.4** is a true and correct copy of excerpts of the "National Association of Realtors (NAR) The Answer Book, The Source of REALTOR® Associations Management Leaders". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/2024-09/The-Answer-Book-2024-09-05.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

6. Attached as **Exhibit 1.5** is a true and correct copy of a media article PUblished by RIS Media on August 19th, 2025 titled: "Florida Discount Broker Self Represents in Lawsuit Filed Against NAR, Local Associations". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.rismedia.com/2025/08/19/jorge-zea-florida-broker-nar-lawsuit-august-2025/ - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault

7. Attached as **Exhibit 1.6** is a true and correct copy of excerpts of the National Association of Realtors (NAR) published guide "MLS Governing Documents Certification Process, Information and Resources". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/about-nar/policies/mls-governing-documents-certification-process-information-and-resources - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

8. Attached as **Exhibit 1.7** is a true and correct copy of "Written Buyer Agreements 101, Published by NAR". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/2024-09/Written-Buyer-Agreements-101-2024-09-08.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

9. Attached as **Exhibit 1.8** is a true and correct copy of excerpts of "NAR Settlement FAQ (Version:September 5,2024). On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nar.realtor/sites/default/files/2024-10/nar-settlement-faq-2024-10-29.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

10. Attached as **Exhibit 2.1** is a true and correct copy of excerpts of "SMART MLS Rules and Regulations (Last Updated August 16, 2024). On August 25th 2025, I accessed this document from the webpage located at the following URL: https://smartmls.com/wp-content/uploads/2021/06/Rules-and-Regs-Master-Copy-Updated-8.24.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

11. Attached as **Exhibit 2.2** is a true and correct copy of excerpts of Beaches MLS Rules and Regulations (updated 06/26/25). On August 25th 2025, I accessed this document from the webpage located at the following URL: https://static1.squarespace.com/static/5dd6e5c4baf69652ee450b55/t/6879533482ad1b622cd21f39/1752781622763/BeachesMLS+Rules+and+Regulations+2025.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

12. Attached as **Exhibit 2.3** is a true and correct copy of excerpts of Florida Gulf Coast Multiple Listing Service INC. Rules and Regulations Updated 07/24, Certified by NAR 02/21). On August 25th 2025, I accessed this document from the webpage located at the following URL: https://rpcra.org/content/docs/FGC-MLS-Rules-and-Regulations-Rev-Aug-2024.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

13. Attached as **Exhibit 2.4** is a true and correct copy of excerpts of "MLS of Naples 2025". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.nabor.com/page-data/files/pages/realtor-tools/mls-resources/mls-Rules-02-10-2025.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

14. Attached as **Exhibit 2.5** is a true and correct copy of excerpts of "Stellar MLS Rules and Regulations (Last Update on 04/25/2025)". On August 25th 2025, I

accessed this document from the webpage located at the following URL: https://irp.cdn-website.com/3d0f9886/files/uploaded/Stellar_MLS_Rules_and_Regulations_as_of_04-25-2025.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

15. Attached as **Exhibit 2.6** is a true and correct copy of excerpts of "Space CoastMultiple Listing Service, Inc.Rules and Regulations (Effective 08/24)". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://higherlogicdownload.s3.amazonaws.com/SPACE321/a9816dc2-70f5-4f7e-ae52-1f29c74308db/UploadedImages/Governing_Documents/_Space_Coast_MLS_Rules_effective_08_2024.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

16. Attached as **Exhibit 2.7** is a true and correct copy of excerpts of "Northeast Florida Multiple Listing Service, Inc., Rules And Regulations (Effective August 17, 2024)". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.realmls.com/wp-content/uploads/240624-realMLS-Rules-and-Regulations.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

17. Attached as **Exhibit 2.8** is a true and correct copy of excerpts of "Midwest Real Estate Data, Rules and Regulations (MRED)". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.mredllc.com/comms/resources/MREDRulesAndRegulations.pdf - This

webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

18. Attached as **Exhibit 2.9** is a true and correct copy of excerpts of "Miami Association of Realtors, Inc.D/B/A Southeast Florida Multiple Listing Service". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.miamirealtors.com/wp-content/uploads/bsk-pdf-manager/2020/04/mls-rules-and-regulations.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

19. Attached as **Exhibit 2.10** is a true and correct copy of excerpts of "Central Panhandle Association of Realtors, Multiple Listing Service Rules (Last Revision November 2024". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://www.cpar.us/clientuploads/MLS/CPAR_MLS_Rules_and_Regulations_2024.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

20. Attached as **Exhibit 3.1** is a true and correct copy of a webpage from Realtor.com, accessed by me on June 30th, 2025 at the following URL: https://www.realtor.com/realestateandhomes-detail/M3086882693 . This webpage was contemporaneously captured and preserved using PageVault. The exhibit accurately reflects the content of the webpage as it appeared on that date and has not been altered, except for minor formatting to convert it into exhibit form.

21. Attached as **Exhibit 3.2** is a true and correct copy of a webpage from LaMacchia Realty, accessed by me on August 25th, 2025 at the following URL: https://www.lamacchiarealty.com/homes-for-sale/listing/SmartMLS/24108292/Bethany/138-Litchfield-Turnpike -. This webpage was contemporaneously captured and preserved using PageVault. The exhibit accurately reflects the content of the webpage as it appeared on that date and has not been altered, except for minor formatting to convert it into exhibit form.

22. Attached as **Exhibit 3.3** is a true and correct copy of a webpage from Stratwell Realty, accessed by me on August 25th, 2025 at the following URL: https://stratwell.co/listing/mmmls/A11844338/Key-Biscayne/200-Ocean-Lane-Dr-Unit-503/ - This webpage was contemporaneously captured and preserved using PageVault. The exhibit accurately reflects the content of the webpage as it appeared on that date and has not been altered, except for minor formatting to convert it into exhibit form.

23. Attached as **Exhibit 3.4** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Sarah Chenoweth from Realtors of Broward, Palm Beach and St Lucie Association regarding their MLS: BeachesMLS; exchanged between September 2, 2024 and September 4th, 2024. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

24. Attached as **Exhibit 3.5** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Luis Espinoza, MLS Tech/Data Administrator for Royal Palm Coast Realtor Association regarding their MLS: "Florida Gulf Coast Multiple Listing Service"; exchanged between September 6th, 2024 and September 9th, 2024. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

25. Attached as **Exhibit 3.6** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Jacquie Germain, Francisco Garcia and Kathy Elson from SmartMLS; exchanged between September 17th, 2024 and September 29th, 2024. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

26. Attached as **Exhibit 3.7** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Christopher Harrigan (Manager, Policy Information | Member Experience, Engagement and Legal Affairs at NAR), and Lindsey Rushcak (Chief Executive Officer for Space Coast Association of REALTORS®, Inc.) regarding Space Coast Multiple Listing Service; exchanged between September 11th,

2024 and September 13th, 2024. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

27. Attached as **Exhibit 3.8** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Steve Refling (Broker/Agent Product Consultant) for FBS Software Services; exchanged between July 28, 2025 and July 30th, 2025. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

28. Attached as **Exhibit 3.9** is a true and correct copy of excerpts of the website of "Elm Street IDX Broker"; Page Titled "What is IDX". On August 25th 2025, I accessed this document from the webpage located at the following URL: https://idxbroker.com/what-is-idx - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

29. Attached as **Exhibit 3.10** is a true and correct copy of excerpts (comments section) of a media article by Rob Han titled: "Zea v. NAR: The Theory of Concerted Inaction". On August 25th 2025, I accessed this document from the webpage located at

the following URL:

https://notoriousrob.substack.com/p/zea-v-nar-the-theory-of-concerted - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

30. Attached as **Exhibit 4.1** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Amy Newton (MLS Administrator, Compliance for Royal Palm Coast realtor Association), Cindy Corman (Director of MLS for Naples Area Board of Realtors) exchanged between March 16th, 2025 and April 1st, 2025 (subject: Buyer agent - potential violation of buyer agent written agreement). I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

31. Attached as **Exhibit 4.2** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Christopher Harrigan (Manager, Policy Information | Member Experience, Engagement and Legal Affairs at National Association of REALTORS), Rodney Gansho (Director of Engagement, National Association of REALTORS), exchanged between April 2nd, 2025 and May 2nd, 2025. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to

convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

32. Attached as **Exhibit 4.3** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and Ellie Ovilma, MLS Compliance Coordinator for Broward, Palm Beaches & St. Lucie Realtors, exchanged between July 14th, 2025 and August 19th, 2025. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

33. Attached as **Exhibit 4.4** is a true and correct copy of an email thread between myself (Plaintiff Jorge Zea) and unidentified responder, D'yanni, and AB from Compliance Staff for StellarMLS, exchanged between August 4th, 2025 and August 19th, 2025. I was a participant in this thread, both as a recipient and as a sender. This exhibit is a complete and accurate copy of the communications as preserved from my Gmail account. The content has not been altered, except for minor formatting changes necessary to convert it into PDF exhibit form. The underlying metadata for each message is stored by Gmail server and can be produced if necessary to further authenticate this exhibit.

34. Attached as **Exhibit 5** is a true and correct copy of excerpts from the official court filing in Burnett v. National Association of Realtors, Case No. 19-CV-00332-SRB (W.D. Mo.). The document is Plaintiffs' Motion for Preliminary

Approval of Settlement with the National Association of Realtors, filed as Document 1458 and accompanied by Document 1458-1. These excerpts were obtained from the publicly available federal court docket (PACER), and this exhibit accurately reproduces the relevant portions.

35. Attached as **Exhibit 6.1** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Beaches MLS platform on June 30th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

36. Attached as **Exhibit 6.2** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Florida Gulf Coast MLS platform on June 30th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

37. Attached as **Exhibit 6.3** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Central Panhandle Multiple Listing Service MLS platform on June 30th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

38. Attached as **Exhibit 6.4** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Stellar MLS platform on August 25th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

39. Attached as **Exhibit 6.5** is a true and correct copy of the screenshot I personally captured from within the search filters page for the SMART MLS platform on August 25th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The

underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

40. Attached as **Exhibit 6.6** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Northeast Florida MLS/RealMLS platform on July 3rd, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

41. Attached as **Exhibit 6.7** is a true and correct copy of the screenshot I personally captured from within the search filters page for theSpace Coast MLS platform on July 3rd, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

42. Attached as **Exhibit 6.8** is a true and correct copy of the screenshot I personally captured from within the search filters page for the Midwest Real Estate Data (MRED)

MLS platform on July 27th, 2025, while logged in with my authorized credentials as a MLS participant. This screenshot accurately depicts the information displayed in the system at that time. It has not been altered, except for minor formatting to convert them into exhibit form. The underlying access to this system was password-protected and restricted to authorized MLS members. The content shown in the screenshots could only be viewed by logging into the platform. The capture was preserved contemporaneously using PageVault.

43. Attached as **Exhibit 7** is a true and correct copy of excerpts of the "a report by The Federal Reserve Bank of Richmond titled "Real Estate Commissions and Homebuying". On August 25th 2025, I accessed this document from the webpage located at the following URL:

https://www.richmondfed.org/-/media/RichmondFedOrg/publications/research/working_papers/2024/wp24-01.pdf - This webpage was contemporaneously captured and preserved using the third-party archival service PageVault.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: August 26, 2025

Jorge A. Zea
Plaintiff - ProSe
2234 N Federal Hwy
Boca Raton FL 33431
305-244-7242
antitrust@jorgezea.com