IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| Jorge A. Zea (Pro Se)   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| V.   ) | |
| ) | |
| National Association of REALTORS®,   ) | Case No. 25-cv-81016-WM |
| et, al.   ) | |
| ) | |
| Defendants.   ) | |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

THIS CAUSE is before the Court on Plaintiff Jorge A. Zea's Motion for a Preliminary Injunction. The Court has carefully considered the Motion, the Declaration of Jorge A. Zea, the exhibits attached thereto, and the entire record in this case. Based on this review, the Court makes the following findings:

Plaintiff has established a substantial likelihood of success on the merits that Defendants' collective refusal to enforce their own pro-competitive rules constitutes a conspiracy in restraint of trade in violation of Section 1 of the Sherman Act. Plaintiff has established that he will suffer irreparable injury if the injunction is not granted, as the ongoing antitrust violations are depriving him of the ability to fairly compete in the marketplace.

The threatened injury to Plaintiff outweighs any potential harm that an injunction may cause the Defendants, as the injunction merely compels Defendants to comply with their own existing, binding rules and policies.

The issuance of a preliminary injunction is not adverse to the public interest; to the contrary, the public has a profound interest in the enforcement of the antitrust laws and the promotion of a competitive marketplace for real estate brokerage services.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

Plaintiff's Motion for a Preliminary Injunction is GRANTED.

Defendants, along with their officers, agents, servants, employees, attorneys, and all other persons acting in active concert or participation with them, are hereby ORDERED to immediately begin enforcement of the pro-competitive rules identified in Plaintiff's Motion for Preliminary Injunction.

Pursuant to Federal Rule of Civil Procedure 65(c), the Court finds that because the relief granted herein merely compels Defendants to abide by their own

pre-existing rules and policies, no harm will befall them and the bond requirement is hereby WAIVED. In the alternative, the bond is set in the nominal amount of $100.00.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ____ day of _____, 2025.

_____

WILLIAM MATTHEWMAN
CHIEF UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION