**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-81016-CIV-MATTHEWMAN

JORGE A. ZEA,

      Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, et al.,

      Defendants.

_____/

## NOTICE OF APPEARANCE

Please take notice that Zachary B. Dickens of the law firm White & Case LLP appears in this case as counsel for Defendant National Association of REALTORS®.[1]

Dated:  August 29, 2025

                                            Respectfully Submitted,

                                            **WHITE & CASE LLP**

                                            */s/ Zachary B. Dickens*
                                            Zachary B. Dickens
                                            Florida Bar No. 98935

                                            Southeast Financial Center
                                            200 South Biscayne Blvd., Ste. 4900
                                            Miami, FL 33131-2352
                                            Telephone: (305) 371-2700
                                            Facsimile: (305) 358-5744
                                            Email: zdickens@whitecase.com

                                            *Counsel for Defendant National*
                                            *Association of REALTORS®*

---

[1] This appearance is not a waiver of Defendant's objections and defenses based on improper service, lack of personal jurisdiction, or any other Rule 12 defenses.  Defendant expressly reserves all rights and defenses.