UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-81016-CIV-MATTHEWMAN

JORGE A. ZEA,

    Plaintiff,

v.

NATIONAL ASSOCIATION OF REALTORS, *et al.*,

    Defendants.

_____/

### ORDER GRANTING MOTION FOR REASSIGNMENT TO DISTRICT JUDGE [DE 12]

**THIS CAUSE** is before the Court upon Defendant National Association of Realtors' ("Defendant") Motion for Reassignment to District Judge ("Motion") [DE 12].

Accordingly, it is hereby **ORDERED** that Defendant's Motion [DE 12] is **GRANTED**. The Clerk of Court shall randomly reassign this case to a District Judge, keeping the Undersigned Magistrate Judge assigned or referred on the case, pursuant to Administrative Order 2025-11.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 29th day of August 2025.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge