UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81016-WPD

JORGE A. ZEA,

    Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, *et al.*,

    Defendants.

_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned case is hereby **REFERRED** to United States Magistrate Judge William Matthewman for a ruling on all non-dispositive matters and for a Report and Recommendation on any dispositive matter.  The Clerk shall email a copy of this order to Plaintiff.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of September, 2025.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Matthewman

Jorge A. Zea at email: antitrust@jorgezea.com