UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| JORGE A. ZEA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, et al.,<br><br>　　　　　Defendants. | Case No. 9:25-cv-81016-WM |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Scott N. Wagner, Esq., of the law firm Bilzin Sumberg Baena Price & Axelrod LLP, hereby files his Notice of Appearance as counsel for Defendant Naples Area Board of REALTORS and Association of Real Estate Professionals, Inc. The undersigned requests that the copies of all further pleadings and other papers in the above-referenced matter be served on:

| **PRIMARY:** | Scott N. Wagner | swagner@bilzin.com |
|---|---|---|
| **SECONDARY:** | Esta Kravets (legal assistant) | ekravets@bilzin.com |
| | Firm Docketing E-Mail | eservice@bilzin.com |

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　**BILZIN SUMBERG BAENA PRICE &
　　　　　　　　　　　　　　　AXELROD LLP**
　　　　　　　　　　　　　　　1450 Brickell Avenue, Suite 2300
　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　Tel: (305) 374-7580
　　　　　　　　　　　　　　　Fax: (305) 351-2265

　　　　　　　　　　　　　　　By: */s/ Scott N. Wagner*

Scott N. Wagner, Esq.  
Florida Bar No.: 51662  
E-mail: swagner@bilzin.com  
ekravets@bilzin.com  
eservice@bilzin.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be served electronically via the CM/ECF system on September 3, 2025 upon all counsel of record.

By: <u> /s/ Scott N. Wagner </u>  
Scott N. Wagner, Esq.