UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JORGE A. ZEA,

    Plaintiff,

v.                                          CASE NO. 9:25-cv-81016-WPD

NATIONAL ASSOCIATION OF
REALTORS, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

John A. Boudet, Esquire, of the law firm of GrayRobinson, P.A., enters his appearance as counsel on behalf of Defendant, MY FLORIDA REGIONAL MLS, INC. d/b/a STELLAR MLS. Copies of all pleadings and papers filed in this action should be served upon him at the address listed below.

    /s/ *John A. Boudet*
    **JOHN A. BOUDET, ESQUIRE**
    Florida Bar No. 515670
    john.boudet@gray-robinson.com
    **GRAY | ROBINSON, P.A.**
    301 East Pine Street, Suite 1400
    Orlando, Florida 32801
    Telephone:  (407) 843-8880
    Facsimile:  (407) 244-5690
    *Counsel for My Florida Regional MLS, Inc. d/b/a*
      *Stellar MLS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September, 2025, a true and correct copy of the foregoing was served by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record.

/s/ *John A. Boudet*
John A. Boudet

/70011/108#64667223 v1