IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Jorge A. Zea (Pro Se)         )
                              )
                              )
         Plaintiff,           )
                              )
                              )
     V.                       )
                              )
                              )
National Association of       )     Case No. 25-cv-81016-WPD
REALTORS®, et, al.            )
                              )
                              )
                              )
         Defendants.          )

FILED BY _____ D.C.
SEP 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

NOTICE OF CORRECTED CERTIFICATE OF SERVICE

REGARDING MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, appearing pro se, respectfully submits this Notice to correct the Certificate of Service attached to Plaintiff's Motion for Preliminary Injunction filed on August 27, 2025 (ECF No. 8).

In that filing, Plaintiff inadvertently certified that service of the Motion for Preliminary Injunction would be effected by a process server upon Defendants SmartMLS, Inc. and

the Connecticut Association of REALTORS®, Inc. That statement was in error, as those two Defendants had not yet been served with the initial Complaint at the time of filing. Plaintiff now clarifies and certifies as follows:

1. Connecticut Association of REALTORS®, Inc. was properly served with the Complaint on September 3, 2025. On the same date, Plaintiff served a true and correct copy of the Motion for Preliminary Injunction upon this Defendant via U.S. Mail, Certified Mail, Return Receipt Requested.

2. SmartMLS, Inc. was properly served with the Complaint on September 4, 2025. On September 5, 2025, Plaintiff served a true and correct copy of the Motion for Preliminary Injunction upon this Defendant via U.S. Mail, Certified Mail, Return Receipt Requested.

All other Defendants were previously served as represented in the original Certificate of Service.

Respectfully submitted,

Dated: September 5th, 2025

Jorge A. Zea
Plaintiff
Pro Se
2234 N Federal Hwy
Boca Raton FL 33431

305-244-7242

antitrust@jorgezea.com