IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| Jorge A. Zea (Pro Se) ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| National Association of ) | Case No. 25-cv-81016-WPD |
| REALTORS®, et, al. ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

FILED BY _____ D.C.
SEP 0 5 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT MIDWEST REAL ESTATE DATA LLC ONLY**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jorge A. Zea, proceeding pro se, hereby voluntarily dismisses this action without prejudice as to Defendant Midwest Real Estate Data LLC ("MRED") only.

Because MRED has not been properly served and has not appeared in this action, this dismissal is self-executing and requires no order of the Court.

This dismissal does not affect Plaintiff's claims against any other Defendant in this action.

Plaintiff is nonetheless providing courtesy service of this Notice to Defendant Midwest Real Estate Data LLC ("MRED") and its counsel, as reflected in the Certificate of Service below.

Respectfully submitted,

Dated: September 5th, 2025

Jorge A. Zea
Plaintiff
Pro Se
2234 N Federal Hwy
Boca Raton FL 33431

305-244-7242

antitrust@jorgezea.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2025, I personally filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court in paper form. Although service on Defendant Midwest Real Estate Data LLC is not required because it has not been properly served and has not appeared in this action, Plaintiff is nonetheless providing courtesy service of this Notice via U.S. Mail to its registered agent and via email to its counsel, Dylan Carson (Manatt, Phelps & Phillips, LLP), at DCarson@manatt.com.

Jorge A. Zea,
Plaintiff
Pro Se
2234 N Federal Hwy
Boca Raton FL 33431

305-244-7242

antitrust@jorgezea.com