# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

SEP 05 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Jorge A. Zea

_Plaintiff_

v.   Civil Action No. 25-cv-81016-WM

National: Association of REALTORS, et, al.

_Defendant_

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action.

I received the following documents on September 3, 2025, at 9:00 am. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to CONNECTICUT ASSOCIATION OF REALTORS, INC. in Capitol Planning Region, CT on September 3, 2025 at 11:57 am at 90 State House Square, Suite 1120, Hartford, CT 06103 by leaving the following documents with James Hickman who as Attorney is authorized by appointment or by law to receive service of process for CONNECTICUT ASSOCIATION OF REALTORS, INC..

SUMMONS
COMPLAINT

Additional Description:
Served to Atty. James Hickman

Employee of Corporation: CORPORATE SERVICE: I served and explained the contents to an employee of the defendant Corporation failing to comply with F.S. 48.091 in the absence of the registered agent or any superior officers pursuant to F.S. 48.081(3)(a)

White Male, est. age 45-54, glasses: Y, Blonde hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=41.766595,-72.6720416667
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Old Saybrook, CT on 9-4-25.

_Mark Ciarciello_
Signature
Mark Ciarciello
+1 (203) 738-9613
7 George Drive, Old Saybrook, CT 06475

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

|  |  |
|---|---|
| Jorge A. Zea | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 25-cv-81016-WM |
| National Association of REALTORS®, et, al. | ) |
| _Defendant_ | ) |

## AFFIDAVIT OF SERVICE

I, Mark Ciarciello, state:

I am 18 years or older and not a party to this action.

I received the following documents on September 3, 2025, at 5:16 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Smart MLS, INC. in South Central Connecticut Planning Region, CT on September 4, 2025 at 10:52 am at 55 Old Gate Lane, Milford, CT 06460 by leaving the following documents with Peter Van Wyck who as VP Finance is authorized by appointment or by law to receive service of process for Smart MLS, INC..

SUMMONS SMARTMLS.
1 - 08-15-2025 by ZEA COMPLAINT Zea v NAR - Complaint - 25-cv-81016-wm.

Additional Description:
I served and explained the contents to a Corporate Officer in the
absence of any superior officers pursuant to F.S. 48.081(1)

White Male, est. age 55-64, glasses: N, Blonde hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=41.22712,-73.0322195
Photograph: See Exhibit 1

Total Cost: $0.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Old Saybrook CT on 9-4-25.

Signature: *Mark Ciarciello*
Mark Ciarciello
+1 (203) 738-9613
7 George Drive, Old Saybrook, CT 06475