# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| Jorge A. Zea (Pro Se) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| National Association of ) | Case No. 25-cv-81016-WPD |
| REALTORS®, et, al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER DENYING DEFENDANTS' NATIONAL ASSOCIATION OF REALTORS®, MY FLORIDA REGIONAL MLS, INC. d/b/a STELLAR MLS, AND NAPLES AREA BOARD OF REALTORS® AND ASSOCIATION OF REAL ESTATE PROFESSIONALS, INC.'S MOTION FOR EXTENSION OF TIME AND SETTING DEADLINE FOR DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE came before the Court upon the Motion for Extension of Time filed by Defendants National Association of REALTORS®, My Florida Regional MLS, Inc. d/b/a Stellar MLS, and Naples Area Board of REALTORS® and Association of Real Estate Professionals, Inc. (ECF No. 19), and Plaintiff's Opposition thereto.

The Court, having reviewed the motion, the opposition, and the record, and being otherwise fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. Defendants' Motion for Extension of Time (ECF No. 19) is DENIED.
2. Defendants shall file any response to Plaintiff's Motion for Preliminary Injunction (ECF No. 8) on or before September 10, 2025.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ____ day of September, 2025.


WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE