# Exhibit 1

| | |
|---|---|
| Subject | Zea v. NAR, Case No. 9:25-cv-81016-WPD |
| From | Dickens, Zachary <zachary.dickens@whitecase.com> |
| To | Jorge Zea <antitrust@jorgezea.com> |
| Cc | Phillips, Jaclyn <jaclyn.phillips@whitecase.com> |
| Date | 2025-09-16 14:27 |

Dear Mr. Zea –

Defendant Connecticut Association of REALTORS® intends to file a motion seeking an extension of time to respond to the Complaint and motion for preliminary injunction to October 8, 2025, in order to coincide with the deadline for the other properly served Defendants. We hope to avoid motion practice on this in light of the Court's prior Orders.

We will be filing our motion shortly after 5 p.m. today. If we do not hear from you by then, we will note that in the motion. Thank you.

Please let us know your position on this motion.

Best,
Zach

**Zachary Dickens** | Partner
**T** +1 (305) 995-5217    **M** +1 (404) 375-7275    **E** zachary.dickens@whitecase.com
White & Case LLP | Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900 | Miami, FL 33131-2352
**WHITE & CASE**

================================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here.

================================================================================

# Exhibit 2

9/16/25, 8:55 PM
Roundcube Webmail :: Zea v. NAR et al., Case No. 9:25-cv-81016-WPD (NAR confer compliance disclosures)
Case 9:25-cv-81016-WPD   Document 35-1   Entered on FLSD Docket 09/17/2025   Page 4 of 6



| | |
|---|---|
| Subject | Zea v. NAR et al., Case No. 9:25-cv-81016-WPD (NAR confer compliance disclosures) |
| From | <antitrust@jorgezea.com> |
| To | Dickens, Zachary <zachary.dickens@whitecase.com> |
| Date | 2025-09-14 19:56 |

== PLEASE CONFIRM RECEIPT ==

Mr. Dickens hello:
I hope you are doing well.

This email is sent in compliance with S.D. Fla. Local Rule 7.1(a)(3) as my good-faith effort to confer and resolve the issue without Court intervention. As a pro se litigant, I prefer conferring via email.

On August 29th 2025, your client, the National Association of Realtors (NAR), appeared in this case (ECF No. 10).

To date, NAR has failed to file its Corporate Disclosure Statement and Certificate of Interested Persons (CIP). This filing was due with its first appearance and is now overdue.

I cordially request:
1- That your client, acting in good faith, comply with the Rule by filing the complete and compliant disclosures no later than the close of business on Tuesday, September 16, 2025.

2- Given the complex organizational structure and interdependence among defendants (and related entities), I respectfully request that NAR abide by the Eleventh Circuit definition of CIP (Circuit Rule 26.1). This format would promote greater transparency and efficiency for the Court and the parties.

I trust and hope that your client will promptly collaborate, act in good faith, and with transparency so that this matter can be resolved cooperatively and without the need for judicial intervention.

Respectfully,

Jorge A. Zea
Plaintiff
Pro Se
305-244-7242
antitrust@jorgezea.com

9/16/25, 8:54 PM                    Roundcube Webmail :: Re: Zea v. NAR et al., Case No. 9:25-cv-81016-WPD (Stellar MLS confer compliance disclosures)

Case 9:25-cv-81016-WPD   Document 35-1   Entered on FLSD Docket 09/17/2025   Page 5 of 6



| | |
|---|---|
| Subject | Re: Zea v. NAR et al., Case No. 9:25-cv-81016-WPD (Stellar MLS confer compliance disclosures) |
| From | John A. Boudet <John.Boudet@gray-robinson.com> |
| To | antitrust@jorgezea.com <antitrust@jorgezea.com> |
| Date | 2025-09-14 20:19 |

Mr. Zea, Thank you for reaching out. I apologize for the oversight. We will promptly file the required disclosures.

**John A. Boudet**
Chair, Complex Litigation

T  407.843.8880
D  407.244.5619
F  407.244.5690

  

GrayRobinson, P.A. • 301 East Pine Street, Suite 1400, Orlando, Florida 32801

# GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

On Sep 14, 2025, at 8:04PM, antitrust@jorgezea.com wrote:

This message originated outside of GrayRobinson.

== PLEASE CONFIRM RECEIPT ==

Mr. Boudet hello:
I hope you are well.

This email is sent in compliance with S.D. Fla. Local Rule 7.1(a)(3) as my good-faith effort to confer and resolve the issue without Court intervention. As a pro se litigant, I prefer conferring via email.

On September 5, 2025, your client, My Florida Regional MLS, Inc. d/b/a Stellar MLS, appeared in this case (ECF No. 21).

To date, Stellar MLS has failed to file its Corporate Disclosure Statement and Certificate of Interested Persons (CIP). This filing was due with its first appearance and is now overdue.

I cordially request:
1- That your client, acting in good faith, comply with the Rule by filing the complete and compliant disclosures no later than the close of business on Tuesday, September 16,

9/16/25, 8:54 PM  Roundcube Webmail :: Re: Zea v. NAR et al., Case No. 9:25-cv-81016-WPD (Stellar MLS confer compliance disclosures)

Case 9:25-cv-81016-WPD   Document 35-1   Entered on FLSD Docket 09/17/2025   Page 6 of 6

2025.

2- Given the complex organizational structure and interdependence among defendants (and related entities), I respectfully request that Stellar MLS abide by the Eleventh Circuit definition of CIP (Circuit Rule 26.1). This format would promote greater transparency and efficiency for the Court and the parties.

I trust and hope that your client will promptly collaborate, act in good faith, and with transparency so that this matter can be resolved cooperatively and without the need for judicial intervention.
Respectfully,

Jorge A. Zea
Plaintiff
Pro Se
305-244-7242
antitrust@jorgezea.com