UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA

    Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, et al.,

    Defendants.

_____/

**DEFENDANT SMART MLS, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
AND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Smart MLS, Inc. ("Smart MLS"), by and through its undersigned counsel, respectfully moves for an extension of time to respond to the Complaint (ECF No. 1) and to Plaintiff's Motion for Preliminary Injunction (ECF No. 8) to **October 8, 2025**, which aligns with the court-ordered response deadlines for other served Defendants.

On August 15, 2025, Plaintiff Jorge A. Zea ("Plaintiff") filed a 122-page complaint, naming Smart MLS as one of eighteen defendants. On August 29, 2025, Defendant National Association of REALTORS® ("NAR") filed an Unopposed Motion for Extension of Time to Respond to the Complaint by thirty (30) days until October 8, 2025 on behalf of itself and all other defendants who had been properly served as of the date of that motion. (ECF No. 11). On September 2, 2025, the Court granted the motion and extended the responsive deadline for NAR, and any other defendant who has been properly served by the date of the Order, to October 8, 2025.

1

On August 27, 2025, Plaintiff filed his Motion for Preliminary Injunction against all defendants named in his Complaint. (ECF No. 8). On September 4, 2025, Defendants NAR, My Florida Regional MLS, Inc., and Naples Area Board of REALTORS® and Association of Real Estate Professionals, Inc. filed a Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction. (ECF No. 19). The Court granted the motion and extended the time for all properly served Defendants to respond to Plaintiff's Motion for Preliminary Injunction to October 8, 2025. (ECF No. 27).

Smart MLS was served with process on September 4, 2025, making its current responsive pleading deadline September 25, 2025. Although Smart MLS believes it is covered by the Court's prior orders allowing all properly served defendants to respond to plaintiff's complaint and motion for preliminary injunction, out of an abundance of caution, Smart MLS respectfully requests this Court extend its deadline to respond to both the Complaint and Plaintiff's Motion for Preliminary Injunction to **October 8, 2025** to correspond with the court-ordered deadlines on all properly served Defendants. As the Court stated in its Order, aligning the deadlines "on the same date as the deadline for all properly served Defendants will promote both judicial and attorney efficiency." (ECF No. 27).

Furthermore, good cause exists for this extension request. Plaintiff does not oppose the extension. The extension will promote efficient litigation and preserve judicial and party resources without prejudicing any party. This is Smart MLS' first extension request and Smart MLS requires adequate time to investigate the facts and allegations in the lengthy Complaint and Motion for Preliminary Injunction and to prepare an appropriate response.

A proposed order granting this Motion is attached as **Exhibit 1** and has been provided to the Court via email.

Smart MLS appears solely for the purpose of filing this Motion and expressly does not consent to the jurisdiction of this Court. Smart MLS reserves all rights to move to dismiss pursuant to any of the bases set forth in Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the foregoing reasons, Smart MLS respectfully requests the Court enter an order granting its Unopposed Motion for Extension of Time, thereby extending the deadline for Smart MLS to respond to the Complaint and Motion for Preliminary Injunction to and including **October 8, 2025**.

Date: September 24, 2025

Respectfully submitted,

**MANATT, PHELPS & PHILLIPS, LLP**

*/s/ Bezalel A. Stern*
Bezalel A. Stern (Fla. Bar # 110447)
Dylan M. Carson (*pro hac vice* pending)
Annie K. Nguyen (*pro hac vice* pending)
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
(202) 585-6600
bstern@manatt.com
dcarson@manatt.com
anguyen@manatt.com

*Counsel for Smart MLS, Inc.*

## **RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Defendant Smart MLS, Inc. certifies that he has attempted to confer with Plaintiff by email. Plaintiff agreed not to oppose this Motion, but refused to join this Motion.

Date: September 24, 2025

Respectfully submitted,

**MANATT, PHELPS & PHILLIPS, LLP**

*/s/ Bezalel A. Stern*
Bezalel A. Stern (Fla. Bar # 110447)
Dylan M. Carson (*pro hac vice* pending)
Annie K. Nguyen (*pro hac vice* pending)
1050 Connecticut Ave. NW, Suite 600
Washington, D.C. 20036
(202) 585-6600
bstern@manatt.com
dcarson@manatt.com
anguyen@manatt.com

*Counsel for Smart MLS, Inc.*