UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA

    Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, et al.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT
SMART MLS, INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

THIS CAUSE is before the Court upon Defendant Smart MLS, Inc.'s Unopposed Motion for Extension of Time to Respond to the Complaint and Plaintiff's Motion for Preliminary Injunction (the "Motion"). (ECF No. ____). Upon review, the Court finds good cause to grant the requested extension under Federal Rule of Civil Procedure 6(b).

Accordingly, it is hereby ORDERED as follows:

1. The Motion is granted.

2. The Court finds that granting the relief sought will promote both judicial and attorney efficiency. Therefore, Defendant shall respond to the Complaint and to Plaintiff's Motion for Preliminary Injunction on or before October 8, 2025.

**DONE** and **SIGNED** this _____ day of September 2025.

                                                **William Matthewman**
                                                Chief United States Magistrate Judge