UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

      Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS®, et al.,

      Defendants.

_____/

**DECLARATION OF CYNTHIA BUTTS IN SUPPORT OF
DEFENDANT CONNECTICUT ASSOCIATION OF REALTORS®' MOTION
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION
AND FORUM NON CONVENIENS AND SUPPORTING MEMORANDUM OF LAW**

I, CYNTHIA BUTTS, hereby declare and state as follows:

1. I am the Chief Executive Officer at the Connecticut Association of REALTORS® ("CT REALTORS®"), a state Association of REALTORS® that is a Defendant in the above captioned action. I base this declaration on my personal knowledge of the matters below. I submit this Declaration in support of CT REALTORS®' motion to dismiss the complaint for lack of personal jurisdiction.

2. CT REALTORS® is a non-stock corporation organized under the laws of the State of Connecticut. CT REALTORS® is headquartered in Hartford, Connecticut.

3. CT REALTORS® does not have an office in or conduct business in the State of Florida.

4. CT REALTORS® does not own property in the State of Florida.

5. CT REALTORS® does not have employees in the State of Florida.

6. As an association chartered by the National Association of REALTORS® ("NAR"), and in cooperation with local associations, CT REALTORS® regularly receives and hears complaints submitted under the NAR Code of Ethics.

7. In September 2024, Plaintiff Jorge Zea reached out to the staff of CT REALTORS® with an inquiry related to an ethics complaint that he was considering filing against a Connecticut-based real estate agent. Mr. Zea wrote to inquire which association he should file his complaint with, because the real estate agent that he hoped to lodge a complaint against was a member of several associations, including one in Sarasota, Florida.

8. Mr. Zea was informed that because the property at issue was located in Connecticut and the real estate agent held primary membership in CT REALTORS®, that he should submit his complaint to CT REALTORS®.

9. Mr. Zea submitted his complaint on September 17, 2024. In his complaint, Mr. Zea alleged that the agent did not show a property that Mr. Zea was representing because Mr. Zea and the seller were not offering to pay the amount sought for buyer-broker compensation.

10. The property at issue in the complaint was located in Hartford, Connecticut.

11. In October 2024, CT REALTORS® entered into a cooperative agreement with West and Southeast REALTORS of The Valley, Inc. ("WeSERV") in which WeSERV would administer Plaintiff's ethics complaint.

12. Such cooperative agreements between REALTORS® Associations are common and are entered into to manage case flow, and as the need arises.

13. On December 21, 2024, Mr. Zea filed a separate ethics complaint against another Connecticut-based REALTOR® with CT REALTORS®, this time regarding a property located in Preston, Connecticut. Mr. Zea also alleged that the buyer's agent did not show one of Mr. Zea's

listings because Mr. Zea and the seller were not offering to pay the amount sought for buyer-broker compensation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

_____
Cynthia Butts