UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

      Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS®, et al.,

      Defendants.

_____/

**DECLARATION OF ROGER NELSON IN SUPPORT OF DEFENDANT
WEST AND SOUTHEAST REALTORS® OF THE VALLEY'S MOTION TO
DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION
AND FORUM NON CONVENIENS AND SUPPORTING MEMORANDUM OF LAW**

I, ROGER NELSON, hereby declare and state as follows:

    1.    I am Chief Executive Officer at the West and Southeast REALTORS® of The Valley, Inc. ("WeSERV"), a local Board of REALTORS® that is a Defendant in the above captioned action. I base this declaration on my personal knowledge of the matters below. I submit this Declaration in support of WeSERV's motion to dismiss the complaint for lack of personal jurisdiction.

    2.    WeSERV is a non-profit corporation organized under the laws of the State of Arizona. WeSERV is headquartered in Chandler, Arizona.

    3.    WeSERV does not have an office in or conduct business in the State of Florida.

    4.    WeSERV does not own property in the State of Florida.

    5.    WeSERV does not have employees in the State of Florida.

6.  As an association chartered by the National Association of REALTORS® ("NAR"), WeSERV regularly receives and hears complaints submitted under the NAR Code of Ethics.

7.  On October 23, 2024, a representative from the Connecticut Association of REALTORS® ("CT REALTORS®") reached out to WeSERV, requesting that WeSERV adjudicate an ethics complaint and hearing submitted by Mr. Zea against a Connecticut-based real estate agent. Neither Mr. Zea nor the agent are members of WeSERV.

8.  WeSERV agreed to enter into a cooperative agreement with CT REALTORS® to adjudicate this complaint. Cooperative agreements between REALTORS® Associations are common and are entered into to manage case flow and as the need arises.

9.  The property at issue in the complaint was located in Hartford, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

_____
Roger Nelson