# EXHIBIT B

## General Information

* Agent ID: `ZEAJO`

NRDS ID: `277008888`

License: `REB.0790521`

Full Name: `Jorge` ... `Zea`
First *      Last *

Middle Initial: `A`

Generation: ` `

Nickname: ` `

Title: ` `

Designation: ` ` ▾   ?

Other Certifications: ` ` ▾

Languages Spoken: ` ` ▾

Primary Email: `deals@bluelighthouserealty.com`

☑ Apply automatic password expiration rules

Passwd. Last Changed: `07/26/2025` 📅

Last Access Dt.: `10/06/2025 08:41 AM`

Agent Update Dt.: `09/10/2025 04:01 AM`

Status: `Active` ▾

Lock User: ○ Yes  ⦿ No

| Agent |
| Head Broker |

| | | | | | |
|---|---|---|---|---|---|
| Listing Attribution on IDX sites (for Head Brokers) | 12/11/2024 09:00 AM | I Acknowledge | 01/02/2025 05:45 PM | 3 | 01/02/2025 05:45 PM |
| Be Aware of Seller Impersonation Fraud | 11/11/2024 10:30 AM | I Acknowledge | 11/14/2024 01:22 PM | 1 | 11/14/2024 01:22 PM |
| Billing Notice | 10/01/2024 12:00 AM | I Acknowledge | 10/01/2024 01:11 PM | 1 | 10/01/2024 01:11 PM |
| SmartMLS Bills Are Ready To Pay! | 09/17/2024 12:00 AM | I Acknowledge | 09/18/2024 10:20 AM | 1 | 09/18/2024 10:20 AM |
| We have Updated our Participation Agreement to Comply with the NAR Settlement | 08/16/2024 12:00 AM | I Acknowledge | 08/16/2024 10:36 AM | 1 | 08/16/2024 10:36 AM |
| Important: NAR Settlement Information | 08/07/2024 04:00 PM | I Acknowledge | 08/08/2024 09:41 PM | 1 | 08/08/2024 09:41 PM |
| New SmartMLS Member Benefits | 03/25/2024 12:00 AM | | | 1 | 04/05/2024 08:54 PM |
| Add/Edit Tip of the Week | 03/18/2024 12:00 AM | | | 1 | 03/22/2024 05:57 PM |
| Add/Edit Unavailable | 02/26/2024 12:00 AM | | | 1 | 02/27/2024 11:37 AM |
| IMPORTANT - connectMLS Transition Announcement | 02/06/2024 12:00 AM | | | 1 | 02/07/2024 03:23 PM |