# EXHIBIT D

**MLS LOGIN**





# NAR Settlement And The MLS
# An In-Depth Guide



**What Happened:** On March 15, 2024, The National Association of REALTORS (NAR) came to an agreement to settle litigation of claims brought on behalf of home sellers related to broker commissions.

**What is Changing:** NAR has agreed to put in place a new MLS rule prohibiting offers of broker compensation on the MLS. This would mean that offers of broker compensation could not be communicated via the MLS, but they could continue to be an option consumers can pursue off-MLS through negotiation and consultation with real estate professionals.

**When is this Happening:**  NAR's mandatory MLS policy changes, which implement the settlement's required practice changes, will take effect on August 16, 2024.

**Why did SmartMLS opt-in to the Settlement?**  It is important to note that SmartMLS was not party to this lawsuit and therefore had no opportunity to present our viewpoints, defend our practices, or negotiate the terms of the settlement. Nevertheless, each of the over 20,000 subscribers served by SmartMLS are NAR members (REALTORS®) and therefore obligated to comply with the rules agreed to by NAR in the settlement agreement. For this reason, we believe that opting in to the Burnett settlement is necessary for minimizing disruptions to the marketplace.

**How does the settlement affect me?**

The Buyer's Agent Compensation (BAC) fields will be removed from the MLS (both connectMLS and Matrix) system-wide.

BAC information will no longer appear on any reports within the MLS. You will not be able to add any BAC fields to custom reports or exports.

You will not be able to search for any BAC information. BAC fields will not appear on any search screens, nor will you be able to add them to a search.

BAC information will be removed from CMAs (net seller proceeds).

Listings and photos will be closely monitored to ensure all agents are abiding by the new settlement rules.

- All BAC-related fields will be removed from Add/Edit for all property types.
- There cannot be any mention of BAC information (compensation, bonuses, etc.) in the Remarks fields.
-  BAC-related information cannot be conveyed through listing media (photos and virtual tours).

# NAR Settlement and the MLS: An In-Depth Guide





# As Part Of The Settlement, NAR Agreed To Following "Practice Changes" All Which Have To Be Implemented By August 16, 2024



Eliminate and prohibit any requirement of offers of compensation on an MLS between listing brokers or sellers to buyer brokers or other buyer representatives.



Require an MLS to eliminate all broker compensation fields and compensation information on an MLS.



Require MLS Participants working with a buyer to enter into a written agreement with the buyer prior to touring a home.



Prohibit the use of MLS data or data feeds to directly or indirectly establish or maintain a platform of offers of compensation from multiple brokers or other buyer representatives. Such use must result with an MLS terminating the participant's access to any MLS data and data feeds.



Require an MLS to not create, facilitate, or support any non- MLS mechanism (including by providing listing information to an internet aggregator's website for such purpose) or Participants, Subscribers, or sellers to make offers of compensation to buyer brokers or other buyer representatives.



Reinforce that MLS Participants and Subscribers must not, and MLSs must not enable the ability to filter out or restrict MLS listings that are communicated to customers or clients based on the existence or level of compensation offered to the cooperating broker or the name of a brokerage or agent.

# What Fields Will SmartMLS Remove Or Modify?

**On Friday, August 16, the following fields will be removed from the listing input in Add/Edit**:

Buyers Agent Compensation Type.

Buyer Agent Compensation Amount.

Compensation Notes.

Dual/Variable Rate Commission.



| | | |
|---|---|---|
| *Dual/Variable Rate Commission: | | ▾ ? |
| *Reserved Prospect: | | ▾ ? |
| Items Excluded From Listing: | | ? |
| | (150 Chars. Remaining) | |

**There can be no mention of offers of compensation anywhere on the system. This includes any listings fields, photographs, documents, virtual tours, showing instructions, etc.  Reports and displays will be modified to eliminate the buyer's compensation fields on all Active, UC,UC-CTS and Temp off Market listings.**

## Listing Information

| | | | |
|---|---|---|---|
| Showing Instructions: | ShowingTime  Schedule a Showing | Listing Contract Type: | Exclusive Right to Sell Listing Agreement |
| | | Service Type: | Full Service |
| Lock Box Description: | SmartMLS Compatible Elec. | Buyer Agency Compensation: | |
| | | Additional Compensation Info: | |
| | | Compensation Notes: | |
| | | Variable Compensation / Reserved Prospect: | No / No |
| | | Acceptable Financing: | |
| | | Date Available: | TBD |

**NOTE: Offers of compensation can be made through separate negotiations or broker communications.**

# Seller Concessions

Seller concessions have been a part of many transactions in the past and can continue post settlement. SmartMLS has always had a seller concession field when a listing is marked closed.

## Reminders:

- Any willingness to consider a concession within a listing is non-binding, nor is it guaranteed.
- Concessions can be used for closing costs, repairs, buyer broker fees, and/or other expenses. Concession information cannot be used to communicate an

offer of compensation (either percentage or dollar amount) to another broker, or limited to only paying buyer broker fees.

- Concessions are requested by the buyer during negotiations and memorialized in the sales contract.
- The buyer can specify what the concessions will be used for in the sales contract.

**Important: Concessions CANNOT communicate compensation information, be limited to only payment of buyer broker compensation or conditioned on payment of buyer broker compensation.**







**Buyer broker agreements have been State Law for decades. The following are required items:**

State conspicuously the specific amount or rate of compensation the buyer's broker will receive or how this amount will be determined. Must be objective and not open-ended.

State conspicuously that commissions are fully negotiable and not fixed by state law.

State conspicuously that the buyer's broker may not receive compensation for brokerage services from any source that exceeds the amount or rate agreed to in the agreement with the buyer.

# Frequently Asked Questions

For more information on FAQs, click here or visit www.nar.realtor/the-facts

# Compensation Information

**When will the compensation information be removed from the MLS, how will the information be removed** ⌄

In the early morning hours on Friday, August 16, 2024, the Buyer's Agent Commission (BAC) information will be removed from all Coming Soon, Active, Under Contract – Continue to Show, Under Contract, Temp and Withdrawn listings.

**Where can I post the BAC, if my seller is offering a BAC** ›

**Are listing agreements no longer allowed to have buyer broker compensation included?** ›

**Can listing brokers make offers of compensation in listings on their websites?** ›

**Can buyer compensation amount be included in showing confirmation emails that are automatically sent to the showing agent in ShowingTime?** ›

**Can I say "see my website for compensation information" in the agent to agent remarks?** ›

**Can I put a link to the listing on my website in the MLS agent remarks?** ›

**Can I add buyer-broker compensation agreement that's pre-signed by seller in the documents/disclosures section that can be downloaded with disclosures.** ›

**Will I be allowed to mention in the MLS where to find the offered compensation?** ›

**Since Buyer-Broker Compensation is being removed from the MLS, will the Dual/Variable Rate Commission field still display?** ›

# Working With A Buyer

**Should buyer brokers ask for compensation from buyers in buyer representation agreements?** ⌄

The NAR Settlement requires that all REALTOR® MLS Participants working with a buyer enter into a written agreement before the buyer tours any home. The

written agreement must specify and conspicuously disclose the amount or rate of compensation the buyer representative will receive or how the amount will be determined (which must be objectively ascertainable and not open-ended).

**If someone needs representation and a signed agreement before seeing a house, what does this do to open houses? Do people need to sign a form at the door? if they refuse, will this be interpreted as buyer discrimination, subject to lawsuit?**                                                                                       >

**Who will be policing the requirement that an agent obtain a Buyer Representation Agreement before showing a property?**                                              >

**Where can I get more information about working with buyers?**                       >

**Can we still work with unrepresented persons?**                                     >

**How are SmartMLS and CTR planning to address the Fair Housing violations and discrimination reports that may result from the NAR Settlement?**                       >

**Where do we sign up for the classes NAR is offering?**                              >

# Forms Information

**Will the MLS change requirements on uploading listing agreements or the compliance form going forward?**                                                             ˅

No, the requirements will not change.

**Will there be updated forms**                                                       >

# Concessions Information

**Can we state "concessions available" in the Agent-to-Agent remarks?**               ˅

Yes



