UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

    Plaintiff,

vs.

NATIONAL ASSOCIATION OF
REALTORS, et al.,

    Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANTS
CONNECTICUT ASSOCIATION OF REALTORS®, WEST
AND SOUTHEAST REALTORS® OF THE VALLEY, AND
SMART MLS, INC.'S MOTION TO DISMISS THE COMPLAINT FOR
LACK OF PERSONAL JURISDICTION AND *FORUM NON CONVENIENS*__**

THIS CAUSE is before the Court on Defendants Connecticut Association of REALTORS®, Inc., West and Southeast REALTORS® of the Valley, Inc., and Smart MLS, Inc.'s Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and *Forum Non Conveniens* (ECF No. __).

This Court finds that the Motion should be **GRANTED.** It is therefore **ORDERED** that Plaintiff's Complaint (ECF No. 1) be hereby **DISMISSED WITH PREJUDICE** as to Defendants Connecticut Association of REALTORS®, Inc., West and Southeast REALTORS® of the Valley, Inc., and Smart MLS, Inc.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __ day of October 2025.

                                                                                                    _____
                                                                                                    William P. Dimitrouleas
                                                                                                    United States District Judge