# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

      Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, et al.,

      Defendants.

_____/

## NAPLES AREA BOARD OF REALTORS AND ASSOCIATION OF REAL ESTATE PROFESSIONALS, INC.'S (NABOR) SUPPLEMENT TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

The Naples Area Board of Realtors and Association of Real Estate Professionals, Inc., (NABOR) submits this supplement to Defendants' Motion to Dismiss Plaintiff's Complaint to highlight the deficiencies of the Complaint specific to NABOR. There is only one substantive reference to NABOR in the 122-page Complaint. That reference is wholly inadequate to allege that NABOR participated in an antitrust conspiracy to encourage steering or inflated Buyer-Broker commissions—or any conspiracy at all. Accordingly, this Court should dismiss all claims against NABOR with prejudice.

Plaintiff asserts two Counts against NABOR. Count I alleges that NABOR participated in "a continuing agreement, understanding, and concerted action among Defendants (and internally within each) to collectively refuse to enact a clear, direct, and unambiguous rule prohibiting steering based on broker compensation." Compl. ¶ 379. Count IV alleges that NABOR participated in "a continuing agreement, understanding, and concerted action among all

Defendants to permit, recommend, encourage, and provide the essential infrastructure for universal, blanket, and inflated offers of buyer-broker compensation." Compl. ¶ 416.

But the only specific allegation as to NABOR in the entire Complaint is contained in paragraph 194, in which Plaintiff quotes from an email he allegedly received from a NABOR MLS Director. According to Plaintiff, the NABOR MLS Director wrote "NAR has stated that the MLS only verifies that the proper documentation is in place.  We do not verify the compensation." Compl. ¶ 194.

Taken as true, this allegation does not support Plaintiff's contention that NABOR engaged in any kind of anticompetitive conspiracy with other associations. To the contrary, the statement contained in the email confirms that NABOR complied with its legal obligations stemming from the Settlement Agreement approved by the Western District of Missouri last year. *See* Corrected Settlement Agreement ¶ 58(vi), *Sitzer et al. v. Nat'l Ass'n of REALTORS® et al.*, No. 19-cv-00332 (W.D. Mo. Apr. 19, 2024), ECF No. 1458-1.

As for the balance of the allegations of the Complaint that may intend to apply to NABOR, as discussed in the Motion to Dismiss, blanket group pleading allegations that do not specify each individual Defendants' alleged participation in the conspiracy are insufficient to state a claim for relief. *See Am. Dental Ass'n v. Cigna Corp.*, 605 F.3d 1283, 1294 (11th Cir. 2010) (dismissing RICO complaint that did not "support an inference of an agreement to the overall objective of the conspiracy," but rather relied on "formulaic recitations" that the defendants' alleged parallel conduct was not undertaken "in isolation"); *Pierson v. Orlando Reg'l Healthcare Sys.*, 619 F. Supp. 2d 1260, 1271–73 (M.D. Fla. Apr. 28, 2009) (rejecting antitrust claims against the defendants as impermissible group pleading where the plaintiff's "extensive reliance" on a group term for the defendants, "without differentiation among individual defendants," meant that "the

reader [wa]s left to wonder about the identifies of the parties involved" in the alleged conduct). Absent any allegation specifying NABOR's specific individual role in the alleged conspiracy, the claims against NABOR must be dismissed with prejudice.

Dated:  October 8, 2025                          Respectfully Submitted,

**Bilzin Sumberg Baena Price & Axelrod, LLP**

*/s/ Lori P. Lustrin*
Lori P. Lustrin, Esq.
Florida Bar No. 59228
Robert W. Turken, Esq.
Florida Bar No. 306355
Scott N. Wagner, Esq.
Florida Bar No.: 51662

1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2265
E-mail: rturken@bilzin.com
E-mail: swagner@bilzin.com
E-mail: llustrin@bilzin.com
E-mail: stapanes@bilzin.com
E-mail: ekravets@bilzin.com
E-mail: eservice@bilzin.com

*Counsel for Defendant Naples Area Board of Realtors and Association of Real Estate Professionals, Inc. (NABOR)*