**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

    Plaintiff,

vs.

NATIONAL ASSOCIATION OF
REALTORS®, et al.,

    Defendants.
_____/

**DECLARATION OF ZACHARY B. DICKENS**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO**
**<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Zachary B. Dickens, do hereby declare and state as follows:

    1.    I am over 18 years of age, have personal knowledge of the facts stated in this Declaration, and, if called as a witness, could competently testify to these matters.

    2.    I am an attorney admitted to practice in the State of Florida and in the United States District Court for the Southern District of Florida. My Florida Bar number is 98935.

    3.    I am a partner at the law firm White & Case LLP. White & Case represents Defendants National Association of REALTORS®; Connecticut Association of REALTORS®, Inc.; Beaches MLS, Inc.; Broward, Palm Beaches and St. Lucie REALTORS®, Inc.; Miami Association of REALTORS®, Inc.; Orlando Regional REALTOR® Association, Inc.; Florida Gulf Coast Multiple Listing Service, Inc.; Royal Palm Coast REALTOR® Association, Inc.; Space Coast Multiple Listing Service, Inc.; Space Coast Association of REALTORS®, Inc.; Northeast Florida Multiple Listing Service, Inc.; Northeast Florida Association of REALTORS®, Inc.;

1

Central Panhandle Association of REALTORS®, Inc.; and West and Southeast REALTORS® of the Valley, Inc., in the above-captioned matter. I am personally familiar with the case.

4. Attached hereto as **Exhibit A** is a true and correct copy of the entity report for Blue Lighthouse Reality Inc. The report is available to the public on the State of Florida Division of Corporations website at www.sunbiz.org.

5. Attached hereto as **Exhibit B** is a true and correct copy of the 2025 Florida Profit Corporation Annual Report for Blue Lighthouse Reality Inc. The report is available to the public on the State of Florida Division of Corporations website at www.sunbiz.org.

6. On September 29, 2025, I entered the URL www.snapflatfee.com on my web browser, which lead me to the home page of Plaintiff's website. On the home page, I selected the "Start Now" button, which led to a webpage asking "where the property is located." In response to the location prompt, I selected the option to indicate "FL – Florida," which led me to another webpage asking for "Basic Information and Terms." In response to the Basic Information and Terms prompt, I entered the requested information and selected "Next," which prompted a popup window with a preview page of a contract entitled "Preview Sign Document." Attached hereto as **Exhibit C, Exhibit D, and Exhibit E** are true and correct copies of three screenshots of the popup window with the preview contract document.

7. Attached hereto as **Exhibit F** is a true and correct copy of a real estate listing by Plaintiff sourced from Smart MLS captured on September 29, 2025. The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/61-Winter-Park_Rd_Southington_CT_06489_M37568-10156.

8. Attached hereto as **Exhibit G** is a true and correct copy of a real estate listing by Plaintiff sourced from Stellar MLS captured on September 29, 2025. The webpage is available to

the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/140-Snowden-St_Port-Charlotte_FL_33954_M91938-69964.

9. Attached hereto as **Exhibit H** is a true and correct copy of a real estate listing by REALTOR® Josef Osborn sourced from MiamiMLS captured on September 29, 2025. The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/254XX-SW-217-Ave_Homestead_FL_33031_M93437-12228.

10. Attached hereto as **Exhibit I** is a true and correct copy of a real estate listing by REALTOR® Eddie Blanco sourced from Miami and Miami REALTORS® captured on September 29, 2025. The webpage is available to the public on Stratwell.com and can be found at https://stratwell.co/listing/mmmls/A11829494/Cutler-Bay/18941-SW-92nd-Ct/. Attached hereto as **Exhibit J** is a true and correct copy of the same webpage after clicking the button "CONTACT EDDIE BLANCO."

11. Attached hereto as **Exhibit K** is a true and correct copy of a real estate listing by Plaintiff sourced from BeachesMLSMatrix captured on September 29, 2025. The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/8241-SW-4th-Ct_North-Lauderdale_FL_33068_M69083-49210.

12. Attached hereto as **Exhibit L** is a true and correct copy of a real estate listing by REALTOR® Tara Molloy sourced from Florida Gulf Coast MLS captured on September 29, 2025. The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/Fort-Myers_FL_33901_M65585-47258.

13. Attached hereto as **Exhibit M** is a true and correct copy of a real estate listing by David Cable sourced from Space Coast MLS captured on September 29, 2025. The webpage is

availableto the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/2228-Zuma-Ln_Melbourne_FL_32940_M58519-06603?cid=soc_shares_fs_ldp.

14. Attached hereto as **Exhibit N** is a true and correct copy of a real estate listing by Martin Crosthwaite sourced from realMLS captured on September 29, 2025. The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/FL_M94302-32261.

15. Attached hereto as **Exhibit O** is a true and correct copy of a real estate listing by Think Real Estate sourced from Panama City MLS captured on September 29, 2025. The webpage is available to the public on The Coastal Connection and can be found at https://www.thecoastalconnectionpropertysearch.com/homes/440-Skunk-Valley-Road/Panama-City/FL/32409/163856987/.

16. Attached hereto as **Exhibit P** is a true and correct copy of a real estate listing by Maria Jarque sourced from Miami MLS captured on October 2, 2025. The webpage is available to the public on Zillow.com and can be found at https://www.zillow.com/homedetails/200-Ocean-Lane-Dr-APT-503-Key-Biscayne-FL-33149/44029970_zpid/.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

*/s/ Zachary B. Dickens*
Zachary B. Dickens