# EXHIBIT A

Division of Corporations



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Profit Corporation
BLUE LIGHTHOUSE REALTY INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P03000073699 |
| **FEI/EIN Number** | 20-0136578 |
| **Date Filed** | 07/02/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 02/14/2005 |
| **Event Effective Date** | NONE |

**Principal Address**

2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431

Changed: 01/03/2020

**Mailing Address**

2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431

Changed: 01/03/2020

**Registered Agent Name & Address**

JORGE, ZEA
2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431

Name Changed: 03/31/2008

Address Changed: 01/03/2020

**Officer/Director Detail**

**Name & Address**

Title PRES

Zea, Jorge
2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431

Title VP

BARRENECHE, INGRID
2234 N Federal Hwy PMB 68073
Boca Raton, FL 33431

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2023 | 01/03/2023 |
| 2024 | 02/17/2024 |
| 2025 | 04/02/2025 |

**Document Images**

| | |
| --- | --- |
| 04/02/2025 -- ANNUAL REPORT | View image in PDF format |
| 02/17/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/03/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 07/26/2017 -- ANNUAL REPORT | View image in PDF format |
| 01/21/2016 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2014 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2010 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2009 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2008 -- ANNUAL REPORT | View image in PDF format |
| 05/10/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2006 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2005 -- ANNUAL REPORT | View image in PDF format |
| 02/14/2005 -- Name Change | View image in PDF format |
| 03/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 07/02/2003 -- Domestic Profit | View image in PDF format |