# EXHIBIT B

**2025 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P03000073699

**Entity Name:** BLUE LIGHTHOUSE REALTY INC.

**FILED**
Apr 02, 2025
Secretary of State
0367854363CC

**Current Principal Place of Business:**

2234 N FEDERAL HWY PMB 68073
BOCA RATON, FL 33431

**Current Mailing Address:**

2234 N FEDERAL HWY PMB 68073
BOCA RATON, FL 33431 US

**FEI Number:** 20-0136578

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

JORGE, ZEA
2234 N FEDERAL HWY PMB 68073
BOCA RATON, FL 33431 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent    Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRES | Title | VP |
| Name | ZEA, JORGE | Name | BARRENECHE, INGRID |
| Address | 2234 N FEDERAL HWY PMB 68073 | Address | 2234 N FEDERAL HWY PMB 68073 |
| City-State-Zip: | BOCA RATON FL 33431 | City-State-Zip: | BOCA RATON FL 33431 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JORGE ZEA                                    PRESIDENT                    04/02/2025

Electronic Signature of Signing Officer/Director Detail                                    Date