# EXHIBIT C

## FL REQUIRED AGENCY DISCLOSURE
## NO BROKERAGE RELATIONSHIP NOTICE

FLORIDA LAW REQUIRES THAT REAL ESTATE LICENSEES WHO HAVE NO BROKERAGE RELATIONSHIP WITH A POTENTIAL SELLER OR BUYER DISCLOSE THEIR DUTIES TO SELLERS AND BUYERS.

Jorge Zea (LISTING BROKER) on behalf of Blue Lighthouse Realty INC, as a real estate licensee who has no brokerage relationship with you, owes to you the following duties:

1. Dealing honestly and fairly;

2. Disclosing all known facts that materially affect the value of residential real property which are not readily observable to the buyer.*

3. Accounting for all funds entrusted to the licensee.**

*Additional acknowledgements:*
*Listing broker has not visited the property and has no knowledge of any material facts that materially affect the Property's value and are not readily observable or known by the buyer.
**Listing Broker does not maintain an escrow account and can't hold escrow deposits for any party or transaction and Listing agent will not accept payments in any form from any party for the transaction.