# EXHIBIT D

**COMMISSIONS ARE NOT SET BY LAW, RULE OR REGULATION.**
**COMMISSIONS ARE FULLY NEGOTIABLE.**

**WE DO NOT REQUIRE SELLER TO OFFER A BUYER AGENT COMPENSATION**

*SnapFlatFee.com® is a Service provided in FL by Blue Lighthouse Realty INC and Jorge Zea (Licensed Real Estate Broker). SnapFlatFee.com® does not sell or assign your property listing to any third party; we service the listing in-house directly for you.*

## FL - EXCLUSIVE AGENCY LISTING AGREEMENT (LIMITED SERVICE)

*(In exclusive agency listing agreements, the seller retains the right to sell the property on her/his own without any compensation obligation towards the listing Broker.)*

**TERMS:**

- **Property Address:** 200 South Biscayne Blvd., Ste. 4900, Miami, FL 33131
- **Listing Broker:** Blue Lighthouse Realty, INC (Jorge Zea - Broker)
- **Seller Name** *(signing party)*: White & Case LLP
- **Seller's phone #:** 305-371-2700    **Sellers email:** zdickens@whitecase.com
- **Listing Price:** 100000