# EXHIBIT E

Broker is not an attorney nor a CPA and can't and will not give legal or tax advice.

## ENTIRE AGREEMENT

This is the entire agreement between the parties and is governed by the laws of the State of Florida. Any changes to this agreement must be in writing and signed by both parties.

IT IS ILLEGAL FOR EITHER THE OWNER OR ANY LICENSEE TO REFUSE TO SHOW, DISPLAY, LEASE OR SELL TO ANY PERSON BECAUSE OF, RACE, COLOR, RELIGION, NATIONAL ORIGIN, SEX, ANCESTRY, AGE, MARITAL STATUS, PHYSICAL OR MENTAL DISABILITY, FAMILIAL STATUS, PREGNANCY, SEXUAL ORIENTATION, INCLUDING BUT NOT LIMITED TO GENDER IDENTITY, UNFAVORABLE DISCHARGE FROM THE MILITARY SERVICE, MILITARY STATUS, ORDER OF PROTECTION STATUS, AN ARREST RECORD, OR ANY OTHER CLASS PROTECTED

*Signature acknowledgement: The parties agree that electronic signatures shall be deemed as legally binding as original signatures for the purposes of this Agreement. Furthermore, any instructions, approvals, or communications received from the Seller's verified email address shall be considered valid, written, and actionable instructions for the purposes of executing the limited services outlined in this Agreement.*

_____
Jorge Zea (Broker)
Blue Lighthouse Realty INC
Date: 09-29-2025

Signed at:
_____
Seller: White & Case LLP
Date: 09-29-2025