# EXHIBIT F





Learn more about 61 Winter Park Rd

## More about this property

**Full name** *required*

**Email** *required*

**Phone** *required*

**How can an agent help?**

I am interested in 61 Winter Park Rd.

☐ I've served in the U.S. military ⓘ

[ Email agent ]

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Jorge Zea

#REB.0790521

Brokered by Blue Lighthouse Realty

(786) 268-9772

Broker location:   BOCA RATON, FL

| | |
|---|---|
| property ID: | 24121797 |
| Data source Copyright: | ©2025 SmartMLS, Inc. All rights reserved. |

## Similar homes


For Sale
**$418,900**
3 bed  1.5 bath  1,902 sqft
132 Walkley Dr
Southington, CT 06489


For Sale
**$419,900**
3 bed  1.5 bath  1,554 sqft
46 Skyline Dr
Southington, CT 06489


For Sale
**$399,000**
4 bed  2 bath
785 Old Turnpike
Southington, CT

## Homes with similar exteriors
Based on images of this property's exterior


For Sale
**$425,000**
3 bed  2 bath  1,590 sqft
22 Claudia Dr
Southington, CT 06489


For Sale
**$399,900**
3 bed  1.5 bath  1,596 sqft
129 Arlington Dr
Southington, CT 06489


For Sale
**$425,000**
3 bed  2.5 bath
23 Woodfield Rd
Southington, CT

## Nearby rentals


New
Condos for rent
**$2,500**
3 bed  1.5 bath  1,200 sqft
285 Queen Ter Unit 8K
Southington, CT 06489


New
Multi Family for rent
**$1,900**
2 bed  1 bath  1,916 sqft
27 W Center St
Southington, CT 06489


Contingent
**$1,850**
2 bed  1 bath
21 Ford St
Southington, CT

Winter Park Rd, include Green H Kelley School, John F Kennedy Middle School, and Southington High School.

| Nearby Cities | Nearby ZIPs | Nearby Neighborhoods |
|---|---|---|
| Bristol Homes for Sale | 06489 Homes for Sale | Bucks Hill Homes for Sale |
| Waterbury Homes for Sale | 06010 Homes for Sale | Alexander Avenue Homes for Sale |
| Cheshire Homes for Sale | 06492 Homes for Sale | East End Homes for Sale |
| See more | See more | See more |









| | | | |
|---|---|---|---|
| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**




Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995–2025 National Association of REALTORS ® and Move, Inc. All rights reserved.