# EXHIBIT G



☰  🏠 **realtor**.com®  ◯

‹ **Back**   | Port Charlotte, FL        ✕ |    ♡  ⬆  🚫



Listed by **Jorge Zea**
Brokered by **Blue Lighthouse Realty**

New   New construction

Exterior

Kitchen

Bathroom

1/15

**How much home can I afford? (Find out!)**

House for sale

# $699,000

**4** bed  **2** bath  **1,750** sqft  **0.74** acre lot

140 Snowden St, Port Charlotte, FL 33954

Est.$3,883/mo ✏️   ( Get pre-approved )

Street View

🚗 Add a commute

🏠 **Single family**
Property type

📅 **6 days**
On Realtor.com

🏷️ **$399**
Price per sqft

🚗 **3 Cars**
Garage

🔨 **2025**
Year built

( Ask a question )   ( Share this home )

Realtor.com checked: A few minutes ago | Listing last updated: Sep 23, 2025 at 11:29 AM (EDT)
Source: StellarMLS, MLS #O6346662

Veterans United.  **Veterans: 0% Down VA Loans (Check 2025 Eligibility)**

📄 **Open houses**                                                      ⌄

🏠 **Property details**                                                  ⌄



**Monthly payment**

**Connect with a lender**

**Veterans & military benefits**
Sponsored by Veterans United.

**Property history**

**Neighborhood & schools**

**Environmental risk**

**Home value**

## Learn more about 140 Snowden St

### More about this property

Full name*

Email*

Phone*

How can an agent help?
I am interested in 140 Snowden St.

☐ I've served in the U.S. military ⓘ

Email agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Jorge Zea

#3015804

Brokered by Blue Lighthouse Realty

(786) 268-9772

| Broker location: | BOCA RATON, FL |
| --- | --- |
| Data source: | StellarMLS |

| | |
|---|---|
| Source's property ID: | O6346662 |
| Data source Copyright: | ©2025 Stellar MLS, Inc. All rights reserved. |

        

| | | | |
|---|---|---|---|
| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 **National Association of REALTORS** ® and **Move, Inc.** All rights reserved.