# EXHIBIT H





- Connect with a lender
- Veterans & military benefits
  Sponsored by Veterans United (NMLS #1907)
- Property history
- Neighborhood & schools
- Environmental risk
- Home value

## Learn more about 254XX SW 217ave

### More about this property

Full name*

Email*

Phone*

How can an agent help?
I am interested in 254XX SW 217ave.

☐ I've served in the U.S. military ⓘ

[ Email agent ]

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Josef Osborn
#3459140

Brokered by Keyes - Homestead
(305) 680-3134

| | |
|---|---|
| Broker location: | Homestead, FL |
| Data source: | MiamiMLS |
| Source's property ID: | A11844730 |
| Data source Copyright: | ©2025 Miami Association of REALTORS®. All rights reserved. |

      

| | | | |
|---|---|---|---|
| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS® and Move, Inc. All rights reserved.