# EXHIBIT I

305-614-7129

PROPERTIES › 18941 SW 92ND CT



ACTIVE    RESIDENTIAL

VIRTUAL TOUR

## 18941 SW 92nd Ct
CUTLER BAY, FL 33157

| BEDS | BATHS | SQUARE FT. |
|---|---|---|
| 3 | 2 | 1,953 |

## $1,250,000

Courtesy of Florida Century Real Estate Corp.

### LISTING SNAPSHOT

| DAYS ONLINE | LAST UPDATED | PROPERTY TYPE |
|---|---|---|
| 95 | Sep 29, 2025 | Single Family Residence |

| BEDS | FULL BATHS | SQUARE FT. |
|---|---|---|
| 3 | 2 | 1,953 |

| LOT SIZE | YEAR BUILT | MLS NUMBER |
|---|---|---|
| 0.27 Acres | 1969 | A11829494 |

SNAPSHOT    **AREA MAP**

30 Days Snapshot Of **33157**

**$808k**  -6%
(AVG) SOLD PRICE

**35**  -20%
HOMES SOLD

**60**  -7%
(AVG) DAYS ON MARKET

### ADDITIONAL DETAILS

**APPLIANCES & EQUIPMENT**
Appliances: Dishwasher, Disposal, Dryer, Microwave, Electric Range, Refrigerator, Washer,
Other Equipment: Automatic Garage Door Opener

**BUILDING**
Living Area: 1953, Architectural Style: Detached, One Story, Construction Materials: Concrete Block Construction,
Direction Faces: Northwest, Year Built: 1969, Year Built Details: Resale, Building Area Total: 3237,
Building Name: BEL AIRE, Structure Type: R30-No Pool/No Water, House

**COMMUNITY**
Features: Other

**COOLING**
Cooling: Central Air, Electric

**EXTERIOR FEATURES**
Features: Fruit Trees

**FENCE**
Fencing: Fenced

**FLOORS**
Flooring: Ceramic Floor

**GARAGE**

Garage, Covered Spaces: 2, Garage Spaces: 2

**WATER FEATURES**
Water Source: "Municipal Water"

**HEATING**
Heating: Central, Electric

**INTERIOR FEATURES**
Features: First Floor Entry, Family Room, Florida Room

**LOT**
Square Feet: 11875, Features: 1/4 To Less Than 1/2 Acre Lot

**LIVING ROOM**
Features: Family Room, Florida Room

**PARKING**
Open Parking, Features: Driveway

**PROPERTY**
View: None

**ROOF**
Roof: Shingle

**SECURITY FEATURES**
Features: Smoke Detector

**SEWER**
Sewer: Public Sewer

**TAXES**
Parcel Number: 36-60-04-020-0100, Tax Annual Amount: $4,523,
Tax Legal Description: BEL AIRE SEC 12 PB 85-94 LOT 24 BLK 44 LOT SIZE 95.000 X 125 OR 19571-1654 032001 1 COC 21365-2571 06 2003 1 F/A/U 30-6004-020-0100

---

FIND THE PERFECT HOME

## 'VIP' Listing Search

Whenever a listing hits the market that matches your criteria you will be immediately notified.

JOIN THE LIST

---

**MORTGAGE CALCULATOR**

SELLING PRICE
$1,250,000

DOWN PAYMENT
$0

TERM (YEARS)
30

INTEREST RATE (%)
6.25

MONTHLY PAYMENT  **$7,696**

---

### Eddie Blanco
REALTOR® 

| ASAP | WED 1 OCT | THU 2 OCT | FRI 3 OCT | SAT 4 OCT | SUN 5 OCT | MON 6 OCT | TUE 7 OCT |

TOUR IN PERSON | TOUR VIRTUALLY

SCHEDULE A TOUR

CONTACT EDDIE BLANCO

## Schools In The Area

Check out nearby schools with ratings and contact info.

**TOP RATED** ⌄

**Whispering Pines Elementary School**
305-238-7382
Public : PK-5
★★★★★

**Cutler Bay Academy of Advanced Studies, Cutler Ridge Campus**
305-235-4761
Public : 6-8
★★★☆☆

**Miami Southridge Senior High School**
305-238-6110
Public : 9-12
★★★☆☆

## Similar Listings

VIEW MORE LISTINGS

**$1,395,000**
[8435 SW 156th St](#)
Palmetto Bay, FL

**$900,000**
[9201 SW 170th Ln](#)
Palmetto Bay, FL

**$1,395,000**
[7425 SW 170th Ter](#)
Palmetto Bay, FL

Listing Information © 2025 MIAMI and Miami REALTORS®. All Rights Reserved.

Information herein is deemed reliable but not guaranteed and is provided exclusively for consumers personal, non-commercial use, and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.



**New videos every week!**
Subscribe to our YouTube channel

SELL WELL
SMART. FAST. SOLD!
INSTITUTIONAL SALES & REO
OUR TEAM
BUY WITH STRATWELL

### Find Us

MIAMI: 17687 NW 78th Ave, Miami, FL 33015
NAPLES: 4075 Pine Ridge Road, Naples, FL 34119

### Call Us
MIAMI: 305-614-7129
NAPLES: (239) 217-3402

### Email Us
info@stratwellrealestate.com

PRIVACY POLICY
ACCESSIBILITY
SITEMAP