# EXHIBIT K



Connect with a lender

Veterans & military benefits
Sponsored by Veterans United NMLS #1907

Property history

Neighborhood & schools

Environmental risk

Home value

Learn more about 8241 SW 4th Ct

## More about this property

Full name*

Email*

Phone*

How can an agent help?
I am interested in 8241 SW 4th Ct.

☐ I've served in the U.S. military ⓘ

Email agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...



Listed by Jorge Zea
#3015804

Brokered by Blue Lighthouse Realty
(786) 268-9772

| | |
|---|---|
| Broker location: | BOCA RATON, FL |
| Data source: | BeachesMLSMatrix |
| Source's property ID: | F10498130 |
| Data source Copyright: | © 2025, Broward, Palm Beaches & St. Lucie Realtors®. All Rights Reserved. |

       

| | | | |
|---|---|---|---|
| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS ® and Move, Inc. All rights reserved.

Case 9:25-cv-81016-WPD   Document 62-12   Entered on FLSD Docket 10/08/2025   Page 5 of 5

© 1995-2025 National Association of REALTORS ® and Move, Inc. All rights reserved.