# EXHIBIT L





- Monthly payment
- Connect with a lender
- Veterans & military benefits
  Sponsored by Veterans United
- Property history
- Neighborhood & schools
- Environmental risk
- Home value

Learn more about this home

**More about this property**

Full name*

Email*

Phone*

How can an agent help?
I am interested in this property.

☐ I've served in the U.S. military ⓘ

Email agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Tara Molloy, Broker
#258009137

Brokered by Riverside Realty Group, LLC
(239) 313-5544

Broker location:    FORT MYERS, FL
Data source:        FLGulfCoastMLS

| | |
|---|---|
| Source's property ID: | 2025012413 |
| Data source Copyright: | ©2025 Florida Gulf Coast Multiple Listing Service, Inc. All rights reserved. |





| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |

Privacy

Terms

Home Made

Tech Blog

Agent Blog

Sitemap

Do Not Sell or Share My Personal Information

**Get the app**

  

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS ® and Move, Inc. All rights reserved.