# EXHIBIT M

# realtor.com

Back | Melbourne, FL

Listed by **David Cable** — Expect More From Your Home. Expect More From …
Brokered by **RE MAX Elite**



Spotlight · Virtual tour · 1/38

Floor plan · Kitchen · Living room · Bathroom

How much home can I afford? (Find out!)

House for sale

## $815,000  ↓ $24K

**4** bed   **3.5** bath   **3,489** sqft   **7,405** sqft lot

2228 Zuma Ln, Melbourne, FL 32940

Est. $5,034/mo    Get pre-approved

Street View

🚗 Add a commute

- **Single family** — Property type
- **127 days** — On Realtor.com
- **$102/mo** — HOA fees
- **$234** — Price per sqft
- **2 Cars** — Garage
- **2019** — Year built



Listed by
**David Cable**
RE MAX Elite

View profile

PRICED BELOW RECENT APPRAISAL, this beautiful 2-story 4b/3.5b Viera home offers INSTANT EQUITY, an open layout, large screened lanai & 2.5-car garage. Downstairs includes a great room, dining area w/built-in buffet, kitchen w/giant island, walk-in pantry & caf, plus a 1st-floor owner's sui… Show more

Ask a question    Share this home

Realtor.com checked: A few minutes ago | Listing last updated: Sep 29, 2025 at 2:25 PM (EDT)
Source: SpaceCoast, MLS #1047146



☐ I've served in the U.S. military ⓘ

Email agent

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...



Listed by David Cable
#3307035



Brokered by RE MAX Elite

(321) 952-4000

| | |
|---|---|
| Broker location: | Indialantic, FL |
| Data source: | SpaceCoast |
| Source's property ID: | 1047146 |
| Data source Copyright: | ©2025 Space Coast Association of REALTORS®, Inc. All rights reserved. |

      

| About us | Careers | Accessibility | Feedback |
|---|---|---|---|
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS® and Move, Inc. All rights reserved.