# EXHIBIT O

www.thecoastalconnectionpropertysearch.com/homes/163856987





The Coastal Connection at eXp Realty
27075 Marina Rd.
Orange Beach AL, 36561

440 Skunk Valley Road Panama City, FL 32409

Price: $89,000    Status: Active    On Site: 136 Days

Updated: 43 min ago    MLS #: 773536

| 0 BEDS | 0 BATHS | 0 ½ BATHS | 0.76 ACRES |
|---|---|---|---|

| Neighbor... | White Oaks | Elementa... | Deane Bozem... |
| County: | Bay | Middle S... | Deane Bozem... |
| Area: | Bay County-... | High Sch... | Deane Bozem... |

Property Description

Leave the hustle and bustle of the city behind and discover the perfect place to call home in the serene White Oaks community. This spacious .76-acre vacant residential lot offers a rare opportunity to enjoy country living just minutes from town. Nestled in a quiet, rural neighborhood, you'll have all the space you need with the convenience of being only a few miles from Lynn Haven, Tyndall Air Force Base, and the Northwest Florida Beaches International Airport. Whether you're looking to build a forever home or a private getaway, this large lot provides the ideal setting to enjoy peace, privacy, and natural beautywithout sacrificing accessibility. Don't miss your chance to create your own piece of paradise in this hidden gem of a neighborhood!

Property Features

**Association YN** No **Listing Service** Full Service **Lot Size Dimensions** 102x328 **Property Sub Type** Residential **Property Sub Type Additional** Residential Unimproved Land **Tax Annual Amount** 525 **Tax Year** 2024

Central Panhandle Association of REALTORS (Panama City MLS) logo
Listing provided courtesy of Think Real Estate: 850-270-4200. Listing information © 2025 Central Panhandle Association of Realtors MLS.

© 2025 Central Panhandle Association of Realtors MLS. All rights reserved. IDX information is provided exclusively for consumers' personal, non-commercial use and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing. Information is deemed reliable but is not guaranteed accurate by the MLS or The Coastal Connection at eXp Realty. Data last updated: 2025-09-29T19:04:06.92.