# EXHIBIT P

   

← Back to search     Zillow     ♡ Save    ⬆ Share    ⊘ Hide    ⚬⚬⚬ More

 

See all 20 photos

# $990,000

200 Ocean Lane Dr APT 503, Key Biscayne, FL 33149

**1** beds    **1** baths    **1,225** sqft

Est.: **$8,403/mo**  **Get pre-qualified**

Stock Cooperative        Built in 1961        -- sqft lot

$-- Zestimate®        $808/sqft        $1,867/mo HOA

# What's special

PRIVATE BEACH ACCESS    PLENTY OF STORAGE SPACE    OCEAN VIEWS    WASHER AND DRYER

PORCELAIN FLOORS    INFINITY EDGE POOL    IMPACT WINDOWS

Delightful ocean views from this 1/1 apt, beautifully remodeled, natural light throughout, porcelain floors, open kitchen, top-of-the-line appliances & accessories, custom-made built-ins, plenty of storage space, electric roll-up shades, washer & dryer, large balcony. Oceanfront Island Resort Style w/private beach access, lovely landscape & infinity edge pool, impact windows, offers

⌄ **Show more**

**38 days** on Zillow  |  **160** views  |  **7** saves

Zillow last checked: 3 hours ago

Listing updated: August 29, 2025 at 07:56am

Listed by: Maria Jarque 305-613-6151, Fortune Christie's International Real Estate

Source: MIAMI,  MLS#: A11844338  MIAMI REALTORS  Originating MLS: A-Miami Association of REALTORS