UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

    Plaintiff,

vs.

NATIONAL ASSOCIATION OF
REALTORS, *et al.*,

    Defendants.

_____/

**DECLARATION OF SHAYNE FAIRLEY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, SHAYNE FAIRLEY, do hereby declare and state as follows:

    1.    I am the Chief Operating Officer at My Florida Regional MLS, Inc. (d/b/a Stellar MLS). I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

    2.    Stellar MLS provides an online multiple-listing service for properties listed for sale within select counties in Florida.

    3.    A multiple listing service ("MLS") is a private database that is created, maintained, and paid for by real estate professionals to help their clients buy and sell property. An MLS allows agents to efficiently see homes for sale and get helpful marketplace data, which provides a single location where buyers (through their agents) can search available listings and sellers (through their agents) can publicize their property to a large number of in-market buyers. MLSs also typically share listing information to national and local websites that advertise property information.

Because of the efficiency of the system, the vast majority of real estate transactions take place through an MLS.

4. Stellar MLS has modelled its MLS rules and policies following the Sixth Edition of the Handbook on Multiple Listing Policy published by National Association of REALTORS® ("NAR") in March 2025.

5. I have reviewed the Handbook and identified what Plaintiff has defined as the IDX Listing Display Rule, which is the only rule Plaintiff alleges Stellar MLS has not adopted in Plaintiff's Motion for Preliminary Injunction.

6. Plaintiff cites the following Policy Statement relevant to the current version of the IDX Listing Display Rule: "An MLS Participant's IDX display must identify the listing firm, and the email or phone number provided by the listing Participant in a reasonably prominent location and in a readily visible color and typeface not smaller than the median used in the display of listing data." (Policy Statement 7.58). The mandatory rule that corresponds with this Policy Statement is Section 18.2.12.

7. Stellar MLS's Rules and Regulations were last updated on September 15, 2025. This version of the Rules and Regulations currently in effect is attached hereto as **Exhibit 1**.

8. Article 19.22 of Stellar MLS's Rules and Regulations which has been in effect since November, 2020 states that "[w]ith the display of any IDX listings, all listings displayed pursuant to IDX shall identify the listing brokerage name, the listing number, and the status of the listing immediately adjacent to the property information. . . . Required items must be displayed in a readily visible color and typeface not smaller than the median used in the display of listing data."

9. Article 19.17 of Stellar MLS' Rules and Regulations also requires compliance with the MLS GRID IDX Master Data License Agreement ("License Agreement"). Article 19.17

indicates that MLS GRID may suspend or terminate the license to access MLS GRID Data for violations of the License Agreement. Attached hereto as **Exhibit 2** is a true and correct copy of the License Agreement captured on October 1, 2025. The License Agreement is available to the public and can be found at https://static1.squarespace.com/static/5908cde79f745622b6a59828/t/66be47e0d36f050c408abbd8/1723746273028/MLS+GRID+Data+License+Agreement.pdf.

10. The MLS GRID IDX Master Data License Agreement states that the license to use MLS GRID Data under the agreement is subject to the MLS GRID Rules. MLS GRID IDX Master Data License Agreement § II. The MLS GRID IDX Master Data License Agreement defines the MLS GRID Rules to "mean[] all rules, other than the Governing Documents, governing the use, maintenance, and display of MLS GRID Data." One such set of rules is the IDX Rules. Attached hereto as **Exhibit 3** is a true and correct copy of the IDX Rules captured on September 30, 2025. The IDX Rules are available to the public and can be found at https://static1.squarespace.com/static/5908cde79f745622b6a59828/t/6838ee5afb86872cb72677dd/1748561498620/MLS+Grid+IDX+Rules.pdf.

11. Paragraph 22 of the IDX Rules which has been in effect since January, 2022 requires that "all listings displayed pursuant to IDX shall identify the listing brokerage name, the listing number, the email or phone provided by the Member Participant, and the status of the listing immediately adjacent to the property information."

12. In addition, Stellar MLS has updated its MLS input fields to require both the listing agent name and contact information, preventing users from posting a new listing without it.

13. Thus, listings sourced through Stellar MLS include the listing brokerage's name and contact information in practice. For example, attached hereto as **Exhibit 4** is a true and correct copy of a real estate listing by Plaintiff sourced from Stellar MLS captured on September

29, 2025.  The webpage is available to the public on Realtor.com and can be found at https://www.realtor.com/realestateandhomes-detail/M9193869964

14. By adopting rules that require all listings display the listing brokerage and contact information, and by displaying this information within property listings in practice, Stellar MLS is in compliance with the IDX Listing Display Rule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

*Shayne Fairley*
E407DF6E63AD4D8...
Shayne Fairley