# EXHIBIT 4



- Monthly payment
- Connect with a lender
- Veterans & military benefits
  Sponsored by Veterans United (NMLS #1907)
- Property history
- Neighborhood & schools
- Environmental risk
- Home value

## Learn more about 140 Snowden St

### More about this property

- Full name*
- Email*
- Phone*
- How can an agent help?
  I am interested in 140 Snowden St.

☐ I've served in the U.S. military ⓘ

[ Email agent ]

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Listed by Jorge Zea
#3015804

Brokered by Blue Lighthouse Realty
(786) 268-9772

| | |
|---|---|
| Broker location: | BOCA RATON, FL |
| Data source: | StellarMLS |

| | |
|---|---|
| Source's property ID: | O6346662 |
| Data source Copyright: | ©2025 Stellar MLS, Inc. All rights reserved. |

        

| | | | |
|---|---|---|---|
| About us | Careers | Accessibility | Feedback |
| Media room | Ad Choices | Advertise with us | Agent support |
| Privacy | Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information | |

**Get the app**




Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS ® and Move, Inc. All rights reserved.