# Exhibit 1

SmartMLS Rules and Regulations. Screenshot of relevant rules Version August 16th, 2024. Last accessed and captured via PageVault on August 8, 2024 at 12:25 AM.

**Section 12.3.2 Listing Firm Displayed**
All listings displayed pursuant to IDX shall identify the listing firm in a reasonably prominent location and in a readily visible color and typeface not smaller than the median used in the display of listing data. Displays of minimal information (e.g., "thumbnails", text messages, "tweets", etc., of two hundred [200] characters or less) are exempt from this requirement but only when linked directly to a display that includes all required disclosures.

**Section 12.3.3 Participant Consent**
Non-principal brokers and sales licensees affiliated with IDX participants may display information available through IDX on their own Web sites subject to their participant's consent and control and the requirements of state law and/or regulation.

**Section 12.3.4 Identify Listing Agent**
All listings displayed pursuant to IDX shall identify the listing agent.

SmartMLS Rules and Regulations. Screenshot of relevant rules Version October 6th, 2025. Screenshot Elson Decl., Ex. C at 38-39, ECF No. 60-6 showing that the document was altered by adding the required wording from NAR mandate just 2 days before filing opposition and 2 days before signing Declaration

**Section 12.3.2 Listing Firm Displayed**
All listings displayed pursuant to IDX shall identify the listing firm and the firms preferred contact method as provided by the firm, either the firms phone number or email address, in a reasonably prominent location and in a readily visible color and typeface not smaller than the median used in the display of listing data. Displays of minimal information (e.g., "thumbnails", text messages, "tweets", etc., of two hundred [200] characters or less) are exempt from this requirement but only when linked directly to a display that includes all

SMARTⓜⓛⓢ                                                                          37

Case 9:25-cv-81016-WPD   Document 60-6   Entered on FLSD Docket 10/08/2025   Page 39 of 63

required disclosures.

**Section 12.3.3 Participant Consent**
Non-principal brokers and sales licensees affiliated with IDX participants may display information available through IDX on their own Web sites subject to their participant's consent and control and the requirements of state law and/or regulation.

**Section 12.3.4 Identify Listing Agent**
All listings displayed pursuant to IDX shall identify the listing agent and, if allowed by their broker, their preferred contact method, email address or phone number as provided by the firm or the listing agent.

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

      Plaintiff,

vs.

NATIONAL ASSOCIATION OF
REALTORS, *et al.*,

      Defendants.

_____/

**DECLARATION OF SHAYNE FAIRLEY IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO <u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

I, SHAYNE FAIRLEY, do hereby declare and state as follows:

1.      I am the Chief Operating Officer at My Florida Regional MLS, Inc. (d/b/a Stellar MLS).  I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2.      Stellar MLS provides an online multiple-listing service for properties listed for sale within select counties in Florida.

3.      A multiple listing service ("MLS") is a private database that is created, maintained, and paid for by real estate professionals to help their clients buy and sell property.  An MLS allows agents to efficiently see homes for sale and get helpful marketplace data, which provides a single location where buyers (through their agents) can search available listings and sellers (through their agents) can publicize their property to a large number of in-market buyers.  MLSs also typically share listing information to national and local websites that advertise property information.

Because of the efficiency of the system, the vast majority of real estate transactions take place through an MLS.

4.     Stellar MLS has modelled its MLS rules and policies following the Sixth Edition of the Handbook on Multiple Listing Policy published by National Association of REALTORS® ("NAR") in March 2025.

5.     I have reviewed the Handbook and identified what Plaintiff has defined as the IDX Listing Display Rule, which is the only rule Plaintiff alleges Stellar MLS has not adopted in Plaintiff's Motion for Preliminary Injunction.

**NAR RULE**

6.     Plaintiff cites the following Policy Statement relevant to the current version of the IDX Listing Display Rule: "An MLS Participant's IDX display must identify the listing firm, and the email or phone number provided by the listing Participant in a reasonably prominent location and in a readily visible color and typeface not smaller than the median used in the display of listing data." (Policy Statement 7.58).  The mandatory rule that corresponds with this Policy Statement is Section 18.2.12.

7.     Stellar MLS's Rules and Regulations were last updated on September 15, 2025. This version of the Rules and Regulations currently in effect is attached hereto as **Exhibit 1**.

**Stellar MLS RULE (no phone and email required)**

8.     Article 19.22 of Stellar MLS's Rules and Regulations which has been in effect since November, 2020 states that "[w]ith the display of any IDX listings, all listings displayed pursuant to IDX shall identify the listing brokerage name, the listing number, and the status of the listing immediately adjacent to the property information. . . . Required items must be displayed in a readily visible color and typeface not smaller than the median used in the display of listing data."

9.     Article 19.17 of Stellar MLS' Rules and Regulations also requires compliance with the MLS GRID IDX Master Data License Agreement ("License Agreement").  Article 19.17

2

indicates that MLS GRID may suspend or terminate the license to access MLS GRID Data for violations of the License Agreement. Attached hereto as **Exhibit 2** is a true and correct copy of the License Agreement captured on October 1, 2025. The License Agreement is available to the public and can be found at https://static1.squarespace.com/static/5908cde79f745622b6a59828/t/6 6be47e0d36f050c408abbd8/1723746273028/MLS+GRID+Data+License+Agreement.pdf.

10.     The MLS GRID IDX Master Data License Agreement states that the license to use MLS GRID Data under the agreement is subject to the MLS GRID Rules. MLS GRID IDX Master Data License Agreement § II. The MLS GRID IDX Master Data License Agreement defines the MLS GRID Rules to "mean[] all rules, other than the Governing Documents, governing the use, maintenance, and display of MLS GRID Data." One such set of rules is the IDX Rules. Attached hereto as **Exhibit 3** is a true and correct copy of the IDX Rules captured on September 30, 2025. The IDX Rules are available to the public and can be found at https://static1.squarespace.com/sta tic/5908cde79f745622b6a59828/t/6838ee5afb86872cb72677dd/1748561498620/MLS+Grid+ID X+Rules.pdf.

11.     Paragraph 22 of the IDX Rules which has been in effect since January, 2022 requires that "all listings displayed pursuant to IDX shall identify the listing brokerage name, the listing number, the email or phone provided by the Member Participant, and the status of the listing immediately adjacent to the property information."

12.     In addition, Stellar MLS has updated its MLS input fields to require both the listing agent name and contact information, preventing users from posting a new listing without it.

13.     Thus, listings sourced through Stellar MLS include the listing brokerage's name and contact information in practice. For example, attached hereto as **Exhibit 4** is a true and correct copy of a real estate listing by Plaintiff sourced from Stellar MLS captured on September

29, 2025. The webpage is available to the public on Realtor.com and can be found at  https://www

.realtor.com/realestateandhomes-detail/M9193869964

14.    By adopting rules that require all listings display the listing brokerage and contact

information, and by displaying this information within property listings in practice, Stellar MLS

is in compliance with the IDX Listing Display Rule.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2025

Shayne Fairley

4

# Exhibit 3

# EXHIBIT I

305-614-7129

← | PROPERTIES › 18941 SW 92ND CT | ♡ | ⌁



ACTIVE   RESIDENTIAL

VIRTUAL TOUR ⤢

## 18941 SW 92nd Ct

CUTLER BAY, FL 33157

| BEDS | BATHS | SQUARE FT. |
|------|-------|------------|
| 3 | 2 | 1,953 |

## $1,250,000

Courtesy of Florida Century Real Estate Corp.

### LISTING SNAPSHOT

| DAYS ONLINE | LAST UPDATED | PROPERTY TYPE |
|-------------|--------------|---------------|
| 95 | Sep 29, 2025 | Single Family Residence |

| BEDS | FULL BATHS | SQUARE FT. |
|------|------------|------------|
| 3 | 2 | 1,953 |

| LOT SIZE | YEAR BUILT | MLS NUMBER |
|----------|------------|------------|
| 0.27 Acres | 1969 | A11829494 |

---

SNAPSHOT   AREA MAP

30 Days Snapshot Of 33157

**$808k** -6%
(AVG) SOLD PRICE

**35** -20%
HOMES SOLD

**60** -7%
(AVG) DAYS ON MARKET

---

### ADDITIONAL DETAILS

**APPLIANCES & EQUIPMENT**
Appliances: Dishwasher, Disposal, Dryer, Microwave, Electric Range, Refrigerator, Washer,
Other Equipment: Automatic Garage Door Opener

**BUILDING**
Living Area: 1,953, Architectural Style: Detached, One Story, Construction Materials: Concrete Block Construction,
Direction Faces: Northwest, Year Built: 1969, Year Built Details: Resale, Building Area Total: 3,237,
Building Name: BEL AIRE, Structure Type: R30-No Pool/No Water, House

**COMMUNITY**
Features: Other

**COOLING**
Cooling: Central Air, Electric

**EXTERIOR FEATURES**
Features: Fruit Trees

**FENCE**
Fencing: Fenced

**FLOORS**
Flooring: Ceramic Floor

**GARAGE**

Garage, Covered Spaces: 2, Garage Spaces: 2

**WATER FEATURES**
Water Source: "Municipal Water"

**HEATING**
Heating: Central, Electric

**INTERIOR FEATURES**
Features: First Floor Entry, Family Room, Florida Room

**LOT**
Square Feet: 11875, Features: 1/4 To Less Than 1/2 Acre Lot

**LIVING ROOM**
Features: Family Room, Florida Room

**PARKING**
Open Parking, Features: Driveway

**PROPERTY**
View: None

**ROOF**
Roof: Shingle

**SECURITY FEATURES**
Features: Smoke Detector

**SEWER**
Sewer: Public Sewer

**TAXES**
Parcel Number: 36-60-04-020-0100, Tax Annual Amount: $4,523,
Tax Legal Description: BEL AIRE SEC 12 PB 85-94 LOT 24 BLK 44 LOT SIZE 95.000 X 125 OR 19571-1654 032001 1 COC 21365-
2571 06 2003 1 F/A/U 30-6004-020-0100

FIND THE PERFECT HOME
## 'VIP' Listing Search

Whenever a listing hits the market that matches your criteria you will be immediately notified.

JOIN THE LIST

**MORTGAGE CALCULATOR**

SELLING PRICE

$1,250,000

DOWN PAYMENT

$0

TERM (YEARS)

30

INTEREST RATE (%)

6.25

MONTHLY PAYMENT  **$7,696**



### Eddie Blanco
REALTOR®



| ASAP | WED 1 OCT | THU 2 OCT | FRI 3 OCT | SAT 4 OCT | SUN 5 OCT | MON 6 OCT | TUE 7 OCT | W |

| TOUR IN PERSON | TOUR VIRTUALLY |

SCHEDULE A TOUR

CONTACT EDDIE BLANCO

## Schools In The Area

Check out nearby schools with ratings and contact info.

| TOP RATED | ⌄ |
|---|---|

**Whispering Pines Elementary School**
305-238-7382
Public : PK-5
☆☆☆☆☆

**Cutler Bay Academy of Advanced Studies, Cutler Ridge Campus**
305-235-4761
Public : 6-8
★★★☆☆

**Miami Southridge Senior High School**
305-238-6110
Public : 9-12
★★★☆☆

## Similar Listings

| VIEW MORE LISTINGS |
|---|

**$1,395,000**          **$900,000**          **$1,395,000**

8435 SW 166th St          9201 SW 170th Ln          7425 SW 170th Ter
Palmetto Bay, FL          Palmetto Bay, FL          Palmetto Bay, FL

**Listing Information © 2025 MIAMI and Miami REALTORS®. All Rights Reserved.**

Information herein is deemed reliable but not guaranteed and is provided exclusively for consumers personal, non-commercial use, and may not be used for any purpose other than to identify prospective properties consumers may be interested in purchasing.





New videos every week!

Subscribe to our YouTube channel

SELL WELL
SMART, FAST, SOLD!
INSTITUTIONAL SALES & REO
OUR TEAM
BUY WITH STRATWELL

Find Us

MIAMI: 17827 NW 78th Ave, Miami, FL 33015
NAPLES: 4075 Pine Ridge Road, Naples, FL 34119

Call Us                          Email Us

MIAMI: 305-814-7129          info@stratwellrealestate.com
NAPLES: (239) 217-3492

f    in

PRIVACY POLICY
ACCESSIBILITY
SITEMAP

# EXHIBIT J



## 18941 SW 92nd Ct

CUTLER BAY, FL 33157

| BEDS | BATHS | SQUARE FT. |
|------|-------|------------|
| 3 | 2 | 1,853 |

## $1,250,000

Courtesy of Florida Century Re

**LISTING SNAPSHOT**

DAYS ONLINE
95

BEDS
3

LOT SIZE
0.27 Acres



**Eddie Blanco**

305-684-8733    ✉ eddie@stratwellrealestate.com

or message me directly

First Name *          Last Name *

Email *          Phone

Comments, Questions? *

SEND MESSAGE

TYPE
...mily Residence

SNAPSHOT   AREA MAP

30 Days Snapshot Of 3315

$808k   -5%
(AVG) SOLD PRICE

35   -20%
HOMES SOLD

60   -7%
(AVG) DAYS ON MARKET

**ADDITIONAL DETAILS**

**APPLIANCES & EQUIPMENT**
Appliances: Dishwasher, Disposal, Dryer, Microwave, Electric Range, Refrigerator, Washer,
Other Equipment: Automatic Garage Door Opener

**BUILDING**
Living Area: 1853, Architectural Style: Detached, One Story, Construction Materials: Concrete Block Construction,
Direction Faces: Northwest, Year Built: 1989, Year Built Details: Resale, Building Area Total: 3237,
Building Name: BEL AIRE, Structure Type: R30-No Pool/No Water, House

**COMMUNITY**
Features: Other

**COOLING**
Cooling: Central Air, Electric

**EXTERIOR FEATURES**
Features: Fruit Trees

**FENCE**
Fencing: Fenced

**FLOORS**
Flooring: Ceramic Floor

**GARAGE**

Garage, Covered Spaces: 2, Garage Spaces: 2

**WATER FEATURES**
Water Source: `Municipal Water`

**HEATING**
Heating: Central, Electric

**INTERIOR FEATURES**
Features: First Floor Entry, Family Room, Florida Room

**LOT**
Square Feet: 11875, Features: 1/4 To Less Than 1/2 Acre Lot

**LIVING ROOM**
Features: Family Room, Florida Room

**PARKING**
Open Parking, Features: Driveway

**PROPERTY**
View: None

**ROOF**
Roof: Shingle

**SECURITY FEATURES**
Features: Smoke Detector

**SEWER**
Sewer: Public Sewer

**TAXES**
Parcel Number: 26-60-04-020-0100, Tax Annual Amount: $4,523,
Tax Legal Description: BEL A...                    ...1664 0320011 COC 21366-
2571 06 2003 1 F/A/U 30-600...

FIND THE PERFECT HOME

'VIP' Listing S...

Whenever a listing hits th...                              ...ified.

JOIN THE LIST

**Eddie Blanco**

305-
684-        ✉ eddie@stratwellrealestate.com
8733

or message me directly

**MORTGAGE CALCULATOR**

SELLING PRICE

$1,250,000

DOWN PAYMENT

$0

TERM (YEARS)

30

INTEREST RATE (%)

6.25

MONTHLY PAYMENT  **$7,693**

**Eddie Blanco**
REALTOR®

| ⏱ ASAP | WED 1 OCT | THU 2 OCT | FRI 3 OCT | SAT 4 OCT | SUN 5 OCT | MON 6 OCT | TUE 7 OCT | W ⟩ |

| TOUR IN PERSON | TOUR VIRTUALLY |

SCHEDULE A TOUR

CONTACT EDDIE BLANCO

## Schools In The Area

Check out nearby schools with ratings and contact info.

TOP RATED

**Whispering Pines Elementary School**
305-238-7382
Public : PK–5
★★★★☆

**Cutler Bay Academy of Advanced Studies, Cutler Ridge Campus**
305-235-4791
Public : 6–8
★★★☆☆

**Miami Southridge Senior High School**
305-238-6110
Public : 9–12
★★★☆☆

## Similar Listings

VIEW MORE LISTINGS



**Eddie Blanco**

📞 305-884-8733

✉ eddie@stratwellrealestate.com

**or message me directly**

$1,395,000

**8436 SW 156th St**
Palmetto Bay, FL

$1,395,000

**7426 SW 170th Ter**
Palmetto Bay, FL

Listing ... ... served.
Information herein is deemed ... ... rs personal, non-commercial
use, and may not be used ... ... mers may be interested in

New videos every
week!

Subscribe to our YouTube
channel

SELL WELL
SMART, FAST, SOLD!
INSTITUTIONAL SALES & REO
OUR TEAM
BUY WITH STRATWELL

## Find Us

MIAMI: 17657 NW 78th Ave, Miami, FL 33015
NAPLES: 4076 Pine Ridge Road, Naples, FL 34119

**Call Us**
MIAMI: 305-884-7100
NAPLES: (216) 217-3402

**Email Us**
info@stratwellrealestate.com

f  ⊠  in  ⊚

PRIVACY POLICY
ACCESSIBILITY
SITEMAP



**Eddie Blanco**

305-
📞 684-     ✉ eddie@stratwellrealestate.com
8733

or message me directly

# Exhibit 4

Listing

---

## 18941 SW 92nd Ct Cutler Bay, FL 33157



| | | | |
|---|---|---|---|
| | Single Family | | |
| | **List Price:** | $1,250,000 | |
| | **MLS #:** | A11829494 | |
| | **Status:** | Active | **MLS Area:** 60 |
| | **List Broker:** | SEFMRFC01/Florida Century Real Estate Corp | |
| | **Geog Area:** | | |
| | **Zoning:** | 0100 | |
| | **Type:** | Single | |
| | **County:** | Miami-Dade | |
| | **Subdivision:** | BEL AIRE | |
| | **Beds:** | 3 | **Baths:** 2/0 |
| | **Year Built:** | 1969/Resale | |
| | **Acres:** | | **Lot SqFt:** 11,875 |
| | **Style:** | R30-No Pool/No Water | |
| | **Town/Range:** | 60 | **DOM:** 0 |
| | **Section:** | 4 | **Parcel Num:** 36-60-04-020-0100 |
| | **Map Coord:** | | **Munic Code:** 36 |
| | **Parcel:** | 0100 | |

**Model Name:**      **SqFt Liv Area:** 1,953      **SqFt Total:** 3,237
**Dev Name:**      **Apx Lot Size:**
**Virtual Tour:** https://www.propertypanorama.com/instaview/mia/A11682345
**Brand Virtual Tour:**
**Legal Description:** BEL AIRE SEC 12 PB 85-94 LOT 24 BLK 44 LOT SIZE 95.000 X 125 OR 19571-1654 032001 1 COC 21365-2571 06 2003 1 F/A/U 30-6004-020-0100

**Maint Fee Incl:**
**Elementary:**                 **Middle:**
**High:**

---

### Remarks

**Public Remarks:**
**Driving Directions:**
**Broker Confidential:** Submit all offers via MLS Offers: https://www.mlsoffers.com/propertysearch.php?mls=A11682345

---

### General Information

| | | | | | |
|---|---|---|---|---|---|
| **Range Price:** | | **LLP:** | | **HOPA:** Unverified | **Faces:** North West |
| **REO:** | | **Short Sale:** | | **Lender Apprv:** | **Auction:** |
| **Builder Name:** | | | | **Proj Comp Date:** | **Build Lot/Unit#** |
| **Comm Dev Dist:** | No | **How Paid:** | | **Amt Annually:** | |
| **Waterfront:** | No | | | | **Dock #:** |
| **Water Access:** | | | | | |
| **Garage #:** | 2 | **Carport #:** | | **Open Parking:** | **Covered Prk:** |
| **Garage Desc:** | | | | **Carport Desc:** | |
| **Furnished:** | | | | **# Ceiling Fans:** | **Main Liv Area:** |
| **Parking:** | Driveway | | | **Parking Rstrct:** | |
| **Flooring:** | Ceramic Floor | | | | |
| **Construction:** | Concrete Block Construction | | | **Lot Desc:** 1/4 To Less Than 1/2 Acre Lot | |
| **Private Pool:** | No | | | | |
| **Pool Dim:** | | | | **Spa:** | |
| **View:** | None | | | **Design Desc:** One Story | |

---

### Rooms

| | | | |
|---|---|---|---|
| **Main Lvl Bed:** | **Main Lvl Bath:** | | **Convert Bed:** |
| **Bedroom:** | Entry Level | | |
| **Master Bath:** | | | |
| **Rooms:** | Family Room, Florida Room | | |
| **Dining:** | | | |

---

### Additional Information

| | | |
|---|---|---|
| **Pets:** | **Max # Pets:** | **Wgt Limit:**    **Pet Fee:** |
| **Interior:** First Floor Entry | | |
| **Equip/Appl:** Automatic Garage Door Opener, Dishwasher, Disposal, Dryer, Electric Range, Microwave, Refrigerator, Smoke Detector, Washer | | |
| **Windows:** | **Sprinkler:** | |
| **Guest House:** | **Gated:** | |
| **Exterior Feat:** Fence, Fruit Trees | | |
| **Storm Protect:** | | |
| **Subdivision:** Other Subdiv/Park Info | | |
| **Maint Includes:** | | |
| **Cable Avail:** | | |
| **Heating:** Central Heat, Electric Heat | | |
| **Cooling:** Central Cooling, Electric Cooling | | |
| **Water:** Municipal Water | **Sewer:** Municipal Sewer | |
| **Roof Age/Desc:** /Comp Shingle Roof | | |
| **Restrictions:** No Restrictions | | |

---

### Financial Information

| | | |
|---|---|---|
| **Terms:** | **Negotiable Seller Concessions:** | **Min % Down:** |
| **Assumable:** | **Tot Assessed Val:** | **Assess Market Val:** |
| **Total Mortg:** 499,000 | **Assoc Fee:** | **Fee Paid Per:** |
| **Taxes:** $4,523 | **Tax Info:** Tax Reflects City & County Tax | |

| | | |
|---|---|---|
| **Type Assoc:** None | **Applic Fee:** | **Min Credit Scr:** |
| **Mbr Req/Fee:** No | **Cap Contrib YN:** | **Cap Contrib Amt:** |
| **Assoc Phn/Web:** | | **Assoc Dep:** |
| **Prop Mgt:** No / / | **Co-Owner Desc:** | |
| **Special Info:** | | |
| **Possession:** Funding | | |

```
┌─────────────────────────── Agent/Office Information ───────────────────────────┐
│ List Office:  SEFMRFC01 / Florida Century Real Estate Corp      Agent Ph:     786-961-5757  │
│ List Agent:   SEF0663807 / Mariela Roman                        Agent Ph 2:   786-961-5757  │
│ Agt Email:    mroman6275@gmail.com                              Agt License:  0663807       │
│ Ofc Addrs:    4000 EAST 10 CT                                   Office Ph:    786-786-5352  │
│               HIALEAH, FL 33013                                 Office Fax:                 │
│ Attr Contact:                                                   Board:        Miami Association of REALTORS │
└─────────────────────────────────────────────────────────────────────────────┘
```

| | | | | | |
|---|---|---|---|---|---|
| **CoAgt Email:** | | | | | |
| **OLP:** | **Prev Pr:** | | **Pr Change Dt:** | 06/26/2025 | |
| **ECD:** | **Contingencies:** | | | | |
| **Owner Name:** | | | **Owner Phone:** | | |
| **Own/Agent:** No | | | **Occup Info:** | | |
| **List Date:** | **Active Date:** | | **Pending Date:** | **Expire Date:** | |
| **Listing Type:** | | | | **Any Brkr Adv:** | No |
| **Internet:** Yes | **AVM:** | Yes | **Blogging:** Yes | **Addr on Inet:** | Yes |
| **Show Instruct:** Appointment Only | | | | **Pets on Premises:** | |

**Agent Full**                                                                    10/14/2025 7:56:33 PM

*The Information is deemed to be reliable, but is not guaranteed.  ©2025 Beaches MLS, Inc.  Listing information is provided for consumer personal, non-commercial use, solely to identify potential properties for potential purchase; all other use is strictly prohibited and may violate relevant federal and state law. **Accessibility Issues?** We are committed to providing an accessible website.  If you have difficulty accessing content or notice any accessibility problems, please contact our ADA hotline at 844-209-0134 and we will strive to provide the information you need in the format you require.*