IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| Jorge A. Zea (Pro Se) ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Case No. 25-cv-81016-WM |
| National Association of REALTORS®, ) et, al. ) | |
| ) | |
| Defendants. ) | |

FILED BY ___ D.C.
OCT 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**DECLARATION OF JORGE A. ZEA IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANTS CONNECTICUT
ASSOCIATION OF REALTORS®, WEST AND SOUTHEAST REALTORS® OF
THE VALLEY, AND SMART MLS, INC.'S MOTION
TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION
AND FORUM NON CONVENIENS**

I, Jorge A. Zea, hereby declare and state as follows:

1. I am the Plaintiff in this action and am proceeding pro se. I am over the age of eighteen and am competent to make this declaration under Rule 901 of the Federal

Rules of Evidence. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt (pages 1 and 7) of the document titled Smart MLS RETS Data Access Agreement rev.917, which I obtained from Smart MLS's publicly available website at https://smartdesk.smartmls.com/hc/article_attachments/360086394631/RETS-Data-Access-Agreement-rev1117.pdf, collected by me personally on Oct 17th 2025 at 11:49 AM EST) and preserved via the PageVault service. A marking (box) was added by me to highlight the relevant mandatory clause selection provision.

3. This document is maintained in the regular course of Smart MLS's business and remains publicly accessible as of the date of this filing.

The exhibit attached hereto is a true and correct copy of the original.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: October 17, 2025, by

Jorge A. Zea
Plaintiff - ProSe
2234 N Federal Hwy
Boca Raton FL 33431

305-244-7242
antitrust@jorgezea.com