# Exhibit 1

25 cv 81016



# RETS DATA ACCESS AGREEMENT

INFRINGEMENT OF PROPRIETARY RIGHTS OF ANOTHER. SMART MLS DOES NOT WARRANT AND SPECIFICALLY DISCLAIMS ANY REPRESENTATIONS THAT ACCESS TO RETS DATA AND/OR ITS USE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT ACCESS PROBLEMS, IF ANY, WILL BE CORRECTED BY IT OR BE CORRECTABLE. FIRM SHALL BE SOLELY RESPONSIBLE FOR THE SELECTION, USE, EFFICIENCY AND SUITABILITY OF ANY CONSULTANT AND SMART MLS SHALL HAVE NO LIABILITY THEREFOR.

**9.0 LIMITATION OF LIABILITY**

9.1 IN NO EVENT SHALL SMART MLS BE LIABLE TO ANY CONSULTANT HEREUNDER FOR ANY REASON INCLUDING WITHOUT LIMITATION ANY INTERNAL OR NEGLIGENT ACT OF SMART MLS. IN NO EVENT SHALL SMART MLS BE LIABLE TO FIRM FOR ANY DAMAGES RESULTING FROM OR RELATED TO FIRM'S ATTEMPTS TO ACCESS RETS DATA, INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA OF ANY SORT. SMART MLS SHALL HAVE NO LIABILITY, IN CONTRACT, TORT (INCLUDING NEGLIGENCE) OR OTHERWISE, WITH RESPECT TO ITS OBLIGATIONS UNDER THIS AGREEMENT OR OTHERWISE FOR CONSEQUENTIAL, EXEMPLARY, SPECIAL, INDIRECT, INCIDENTAL OR PUNITIVE DAMAGES EVEN IF IT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY EVENT, THE AGGREGATE LIABILITY OF SMART MLS FOR ANY REASON AND UPON ANY CAUSE OF ACTION OR CLAIM, SHALL BE LIMITED TO THE AMOUNT, IF ANY, PAID TO SMART MLS BY FIRM UNDER THIS AGREEMENT DURING THE PRECEDING 12-MONTH PERIOD. FIRM'S ONLY OTHER REMEDY SHALL BE TERMINATION OF THIS AGREEMENT. THE LIMITATIONS OF THIS SECTION APPLY TO ALL CAUSES OF ACTION OR CLAIMS IN THE AGGREGATE, INCLUDING, WITHOUT LIMITATION, BREACH OF CONTRACT, BREACH OF WARRANTY, INDEMNITY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATIONS, AND ALL OTHER TORTS.

**10.0 REMEDIES**

10.1 Firm and any and each Consultant each acknowledge that violation by it of the provisions of Section 6.0 or the Rules would cause immediate irreparable harm to Smart MLS for which there would be no adequate remedy at law, including, without limitation, compensable monetary damages. In addition to any other relief, it is agreed that an immediate temporary and preliminary injunction, as well as a permanent injunction, shall be available, without necessity of a hearing or the posting of a bond, to prevent any actual or threatened violation of such provisions and that FIRM shall be liable for all attorney's fees and other costs incurred by Smart MLS in obtaining such injunctive relief.

**11.0 MISCELLANEOUS**

11.1 This Agreement and performance hereunder shall be governed by the laws of the State of Connecticut, without giving effect to the principles of conflict of laws of such state or international treaties. Smart MLS, Firm and any and each Consultant hereby agree on behalf of themselves and any person claiming by or through them <u>that the sole and exclusive jurisdiction and venue for any litigation arising from or relating to this Agreement or the subject matter hereof shall be an appropriate federal or state court</u> located in Connecticut.

11.2 This Agreement shall apply to, inure to the benefit of, and be binding upon the parties hereto and upon their permitted successors in interest and permitted assigns. Firm may not, without Smart MLS' prior written consent, assign it's rights, duties or obligations