UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81016-WPD

JORGE A. ZEA,

     Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, *et al*.,

     Defendants.

_____/

### ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; DENYING MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE is before the Court on Plaintiff Jorge A. Zea's ("Plaintiff")'s Motion for Preliminary Injunction and Supporting Memorandum of Law to Compel Defendants' Compliance with Their Own Binding Rules ("Motion") [DE 8]; and the January 14, 2026 Report and Recommendation by Magistrate Judge William Matthewman (the "Report") [DE 78]. The Court notes that no objections to the Report [DE 78] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 78] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 78] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 78] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum of Law to Compel Defendants' Compliance with Their Own Binding Rules [DE 8] is hereby **DENIED**;

3. The Clerk shall email a copy of this order to Plaintiff.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Matthewman

Jorge A. Zea at email: antitrust@jorgezea.com

2