UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81016-WPD

JORGE A. ZEA,

     Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, *et al*.,

     Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court on Defendants Connecticut Association of Realtors®, Inc. ("CT Realtors"), West and Southeast Realtors® of the Valley ("WeSERV"), and Smart MLS, Inc.'s ("Smart MLS") (collectively, "Defendants") Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Forum Non Conveniens ("Motion") [DE 60]; and the February 23, 2026 Report and Recommendation by Magistrate Judge William Matthewman (the "Report") [DE 81]. The Court notes that no objections to the Report [DE 81] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 81] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 81] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 81] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and *Forum Non Conveniens* [DE 60] is hereby **GRANTED**;

3. The above-styled case is hereby **DISMISSED** as to Defendants CT Realtors, WeSERV, and Smart MLS for lack of personal jurisdiction and *forum non conveniens*;

4. The Clerk shall email a copy of this order to Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Magistrate Judge Matthewman

Jorge A. Zea at email: antitrust@jorgezea.com

2