UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81016-WPD

JORGE A. ZEA,

　　　Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS, *et al*.,

　　　Defendants.

_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court on Defendants National Association of REALTORS®; Broward, Palm Beaches and St. Lucie REALTORS®, Inc.; Beaches MLS, Inc.; Miami Association of REALTORS®, Inc.; Orlando Regional REALTOR® Association, Inc.; Space Coast Multiple Listing Service, Inc.; Space Coast Association of REALTORS®, Inc.; Royal Palm Coast REALTOR® Association, Inc.; Florida Gulf Coast Multiple Listing Service, Inc.; Naples Area Board of REALTORS®, Inc.; My Florida Regional MLS, Inc. (d/b/a Stellar MLS); Northeast Florida Multiple Listing Service, Inc. (d/b/a realMLS); Northeast Florida Association of REALTORS®, Inc.; Central Panhandle Association of REALTORS®, Inc.; Connecticut Association of REALTORS®; Smart MLS, Inc.; and West and Southeast REALTORS® of the Valley, Inc.'s (collectively, "Defendants") Motion to Dismiss Plaintiff's Complaint ("Motion") [DE 59]; and the March 24, 2026 Report and Recommendation by Magistrate Judge William Matthewman (the "Report") [DE 84]. The Court notes that no objections to the Report [DE 84] have been filed, and the time for filing such objections has passed. As no timely objections were

1

filed, the Magistrate Judge's factual findings in the Report [DE 84] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 84] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 84] is hereby **ADOPTED** and **APPROVED**;

2. Defendants' Motion to Dismiss Plaintiff's Complaint [DE 59] is hereby **GRANTED**;

3. The Complaint is hereby **DISMISSED WITHOUT PREJUDICE**;

4. Plaintiff is permitted one additional opportunity to file an amended complaint on or before April 27, 2026 if he has a good-faith basis to do so and in full compliance with the above law. In the absence thereof, the Court will close the case.

5. Plaintiff is hereby **ADMONISHED** over his improper use of artificial intelligence and concomitant misrepresentations to the Court. Plaintiff is hereby **ON NOTICE** that more severe sanctions may be imposed if such behavior continues.

6. The Clerk shall email a copy of this order to Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:
Counsel of record
Magistrate Judge Matthewman
Jorge A. Zea at email: antitrust@jorgezea.com