**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-81016-CIV-DIMITROULEAS/MATTHEWMAN

JORGE A. ZEA,

Plaintiff,

v.

NATIONAL ASSOCIATION OF
REALTORS®, et al.,

Defendants.

___________________________________/

**DEFENDANTS' NOTICE OF NO OBJECTION TO**
**REPORT AND RECOMMENDATION DATED OCTOBER 16, 2026**

On October 16, 2026, United States Magistrate Judge Shaniek Mills Maynard issued a Report and Recommendation recommending dismissal of Plaintiff's First Amended Complaint with prejudice. ECF No. 96.

The Report and Recommendation states that "if a party does not intend to object to this Report and Recommendation, then that party shall file a Notice of such within seven days of the date of this Report and Recommendation." *Id.* at 22.

Accordingly, Defendants hereby provide notice that they do not intend to object to the Report and Recommendation.

Dated: October 21, 2026

Respectfully submitted,

**WHITE & CASE LLP**

*/s/ Zachary B. Dickens*
Zachary B. Dickens
Florida Bar No. 98935

Southeast Financial Center
200 South Biscayne Blvd., Ste. 4900
Miami, FL 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
E-mail: zdickens@whitecase.com

*Counsel for Defendants National Association of REALTORS®, Beaches MLS, Inc., Miami REALTORS® + RWorld, Orlando Regional REALTOR® Association, Inc., Florida Gulf Coast Multiple Listing Service, Inc., Royal Palm Coast REALTOR® Association, Inc., Space Coast Multiple Listing Service, Inc., Space Coast Association of REALTORS®, Inc., Northeast Florida Multiple Listing Service, Inc. (d/b/a realMLS), Northeast Florida Association of REALTORS®, Inc., Central Panhandle Association of REALTORS®, Inc., Connecticut Association of REALTORS®, and West and Southeast REALTORS® of the Valley, Inc.*

**GRAY | ROBINSON, P.A.**

*/s/ John A. Boudet*
John A. Boudet
Florida Bar No. 515670

301 East Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
E-mail: john.boudet@gray-robinson.com

*Counsel for Defendant My Florida Regional MLS, Inc. d/b/a Stellar MLS*

**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**

*/s/ Scott N. Wagner*
Lori P. Lustrin, Esq.
Florida Bar No. 59228
Robert W. Turken, Esq.
Florida Bar No. 306355
Scott N. Wagner, Esq.
Florida Bar No. 51662

1450 Brickell Avenue
Suite 2300
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2265
E-mail: rturken@bilzin.com
E-mail: swagner@bilzin.com
E-mail: llustrin@bilzin.com
E-mail: eservice@bilzin.com

*Counsel for Defendant Naples Area Board of REALTORS® and Association of Real Estate Professionals, Inc. (NABOR)*