UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81016-WPD

JORGE A. ZEA,

Plaintiff,

v.

NATIONAL ASSOCIATION OF REALTORS, *et al*.,

Defendants.

______________________________________/

**ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; GRANTING DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE is before the Court on Defendants National Association of REALTORS®; Broward, Palm Beaches and St. Lucie REALTORS®, Inc.; Beaches MLS, Inc.; Miami Association of REALTORS®, Inc.; Orlando Regional REALTOR® Association, Inc.; Space Coast Multiple Listing Service, Inc.; Space Coast Association of REALTORS®, Inc.; Royal Palm Coast REALTOR® Association, Inc.; Florida Gulf Coast Multiple Listing Service, Inc.; Naples Area Board of REALTORS® and Association of Real Estate Professionals, Inc. (NABOR); My Florida Regional MLS, Inc. (d/b/a Stellar MLS); Northeast Florida Multiple Listing Service, Inc. (d/b/a realMLS); Northeast Florida Association of REALTORS®, Inc.; and Central Panhandle Association of REALTORS®, Inc's (collectively, "Defendants") Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") [DE 90]; and the October 16, 2026 Report and Recommendation by Magistrate Judge Shaniek Mills Maynard (the "Report") [DE 96]. The Court has conducted a *de novo* review of the Report [DE 96], Plaintiff's Objections to the Magistrate Judge's Report and Recommendations [DE 98], Defendants' Response to

Plaintiff's Objections to Report and Recommendation [DE 100], and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and Plaintiff's Objections to the Magistrate Judge's Report and Recommendations.

Plaintiff's Objections merely reassert arguments that the Report already analyzed and rejected, and mischaracterize the the Magistrate Judge's reasoning. Furthermore, the Court has carefully reviewed the Report and approves of the Report's thorough and well-reasoned analysis and conclusions. The Court agrees with the Magistrate Judge's analysis of whether the Counts I-IV of the First Amended Complaint [DE 90] has plausibly alleged an agreement to restrain trade as required under Section 1 of the Sherman Act, and her conclusions that it does not plausibly allege an express agreement not to enforce Defendants' pro-competitive rules, nor does it plausibly allege an agreement based on parallel conduct and plus factors. The Court also agrees

with the Magistrate Judge's analysis and conclusions that Count V also fails to allege facts sufficient to establish the necessary agreement to state a claim under Section 1. Finally, the Court agrees with the Magistrate Judge's analysis and conclusions that Plaintiff has had a meaningful opportunity to amend to address the prior identified pleading defects, that further amendment would be futile, and therefore dismissal with prejudice is appropriate at this stage.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 96] is hereby **APPROVED**;
2. Plaintiff's Objections to the Magistrate Judge's Report and Recommendations [DE 98] are **OVERRULED**;
3. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint [DE 90] is hereby **GRANTED**;
4. The First Amended Complaint [DE 87] is hereby **DISMISSED WITH PREJUDICE**;
5. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions;
6. The Clerk shall email a copy of this Order to Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of November, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Shaniek Mills Maynard
Jorge A. Zea at email: antitrust@jorgezea.com